# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v ) ) PETER YURYEVICH LEVASHOV ) ) Defendant. ) ) | **Case No.** 3:17-cr-00083-RNC |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant – PETER YURYEVICH LEVASHOV.

Date: Brooklyn, New York
January 5th, 2018

                                               /s/ Igor Litvak
                                              Igor Litvak, Esq.
                                              CT Bar No. CT30436
                                              Bukh Law Firm, PLLC
                                              1123 Avenue Z
                                              Brooklyn, New York 11235
                                              Office: (718) 376-4766
                                              Email: Igor@LitvakLawNY.com