UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:17CR83 (RNC) |
| v. | |
| PETER YURYEVICH LEVASHOV,<br>aka "Petr Levashov," aka "Peter Severa,"<br>aka "Petr Severa," aka "Sergey Astakhov" | February 2, 2018 |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government respectfully moves for the defendant to be ordered detained pending trial.

I.     Eligibility of Case

This case is eligible for pretrial detention under 18 U.S.C. § 3142(f)(2), because there is a serious risk that the defendant will flee if released, and under 18 U.S.C. § 3142(e)(1), because there are no conditions or combination of conditions that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

II.    Reasons for Detention

The Court should detain the defendant because there is a serious risk that the defendant will flee if released.  He is a Russian national with no known ties to (other than through the charged crimes), or assets in, the United States or the District of Connecticut.   He has never been to the United States before today.  All of his immediate family members are believed to be in Russia.

Moreover, there are no conditions of release that will reasonably assure the defendant's appearance as required and the safety of any other person and the community.   He faces serious computer, fraud, and identity theft charges and, if released, would have ready access—directly or

indirectly—to computers and the Internet to facilitate and conduct criminal activity.

III.     Time for Detention Hearing

Pursuant to 18 U.S.C. § 3142(f)(2), the Government requests that the Court conduct the detention hearing after a continuance of 3 days.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY


_____/s/_____
VANESSA RICHARDS
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv05095
1000 LaFayette Blvd., 10th Floor
Bridgeport, CT 06604
Tel.: (203) 696-3000

DAVID T. HUANG
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct30434
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, a copy of the foregoing GOVERNMENT'S MOTION FOR PRETRIAL DETENTION was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/
DAVID T. HUANG
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct30434
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700