_3/24/2017_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | **FILED UNDER SEAL** |
|---|---|---|
| | : | |
| v. | : | |
| | : | Case No. 3:17MJ__ (WIG) |
| PETER YURYEVICH LEVASHOV, | : | 448 |
| a.k.a. "Petr Levashov," "Peter Severa," | : | |
| "Petr Severa," and "Sergey Astakhov" | : | |

### AFFIDAVIT IN SUPPORT OF
### AN ARREST WARRANT AND CRIMINAL COMPLAINT

I, Andrew P. Dodd, being first duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I have been so employed since 2003. I am currently assigned to the Cybercrime Squad of the FBI's New Haven field office. I have handled numerous investigations involving counterintelligence, counterterrorism, and computer crimes. I have participated in the execution of warrants involving the search and seizure of computers, computer equipment, software, and electronically stored information and the arrests of cyber criminals. In addition to my work experience, I have received specialized training in the field of computer crime investigation from the FBI and others.

2.     I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) in that I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I am the co-case agent on the investigation which is the subject of this affidavit and have personally participated in the investigation concerning violations of the federal laws listed in this affidavit.



3.      As a result of my participation and information received from other law enforcement officers, I am thoroughly familiar with the circumstances of the investigation and the information set forth in this affidavit. The statements contained in this affidavit are based on: (1) my personal participation in the investigation; (2) information provided to me by Special Agents of the FBI and other law enforcement officers; (3) information provided by witnesses and other sources of information; (4) electronic and financial data and information collected pursuant to MLAT requests, search warrants, and grand jury subpoenas; and (5) my experience and training. Unless otherwise indicated, all conversations and statements described in this affidavit are related in substance and part.

4.      Based upon the facts set forth below, and as a result of my personal participation in this investigation, I submit that there exists probable cause to believe, and I do believe, that beginning from on or about January 2016 to the present, in the District of Connecticut and elsewhere, the defendant, PETER YURYEVICH LEVASHOV, a.k.a. "Petr Levashov," "Peter Severa," "Petr Severa," and "Sergey Astakhov," has committed violations of Title 18, United States Code, Sections 371 (conspiracy to commit fraud and related activity in connection with computers and fraud and related activity in connection with electronic e-mail), 1349 (conspiracy to commit wire fraud), 1028(a)(7) (identity theft in connection with another federal violation); 1028A (aggravated identity theft), 1030(a)(2) and (c)(2)(B), (a)(4) and (c)(3)(A), (a)(5)(A) and (c)(4)(B), and (a)(7) and (c)(3)(A) (fraud and related activity in connection with computers), 1037(a)(1), (a)(2), (a)(3) and (b)(1) (fraud and related activity in connection with electronic e-mail), 1343 (wire fraud), 2511 (illegal wiretapping), and 981(a)(1) (as incorporated by 28 U.S.C. § 2461(c)) and 1037(c) (forfeiture) ("the Subject Offenses").

5.      Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact regarding this investigation. Rather, I have set forth only the facts necessary to establish probable cause to believe that LEVASHOV has violated the Subject Offenses.

## II.      BACKGROUND ON THE DEFENDANT

6.      LEVASHOV is a Russian citizen, who resides in St. Petersburg, Russia and was born on August 13, 1980. He is described as a white male with brown hair and brown eyes. A photograph of LEVASHOV is attached hereto as Exhibit A.

7.      LEVASHOV has been the subject of two prior federal criminal prosecutions. In the first, he was indicted in 2007 (the case was filed on January 3, 2008) under his alias "Peter Severa" in the U.S. District Court for the Eastern District of Michigan for conspiracy to commit electronic mail fraud, mail fraud, and wire fraud in violation of 18 U.S.C. §§ 371, 1037(a)(2)-(a)(3), 1037(b)(2)(C), 1341, and 1343 and several substantive counts of violating 18 U.S.C. §§ 1037(a)(2), 1037(b)(2)(C), and Section 2. Those charges arose from the defendant's participation from January 1, 2004 until September 1, 2005 in disseminating spam on the part of a group engaged in a pump-and-dump penny stock scheme. According to the indictment, "Severa" received hundreds of thousands of dollars in payment for this spamming. This indictment remains active against "Severa."

8.      The second case was based on a criminal complaint filed in the U.S. District Court for the District of Columbia, which in 2009 charged LEVASHOV in his true name with two substantive counts of violating 18 U.S.C. §§ 1030(a)(5)(A)(i), 1030(a)(5)(B)(i), 1030(a)(5)(A)(i) and 1030(a)(5)(B)(V), as well as one count of conspiracy to commit these offenses in violation of 18 U.S.C. § 371. These charges resulted from LEVASHOV's operating the Storm Botnet from

3



January 2007 until September 22, 2008. That botnet, like that which is the subject of this prosecution, sent spam to facilitate pump and dump schemes and the purchase of grey market pharmaceuticals. Because the government was unable to apprehend and detain LEVASHOV, it dismissed the complaint in 2014.

## III.   PROBABLE CAUSE

### A.   *Background of the Kelihos Botnet*

9.      Beginning on or about May 28, 2013, the FBI began investigating a botnet that internet security experts have named Kelihos ("Kelihos"). A botnet is a network of private computers infected with malicious software and controlled as a group without the owners' knowledge or consent. By definition, this control is without the authorization of the legitimate owners of the computers.

10.     Like many computer viruses, Kelihos has been extensively studied since its detection and, based on the investigation to date, I have reason to believe and do believe that it is operated and controlled by LEVASHOV. As discussed in depth below, Kelihos harvests email credentials from infected computers, sends out email spam, and distributes ransomware[1], among other functionalities. Based on the evidence gathered to date, individuals seeking to have their spam or ransomware perpetuated by Kelihos pay LEVASHOV, who then commands the botnet to issue the spam or ransomware.

---

[1] Ransomware is a type of malware that encrypts files stored on a computer, rendering the data inaccessible and inoperable without a passphrase that only the ransomware operator knows. The ransomware will then demand payment from the user, typically in the form of some cryptocurrency like Bitcoin, to retrieve the passphrase required to decrypt and restore their files.



11.    Based upon my training and experience, some of the most common uses of spam email distribution botnets like Kelihos are facilitating the online sale of grey market pharmaceuticals and stock market pump and dump schemes, soliciting money mules, distributing computer malware, and promoting affiliate programs such as pornography website subscription generation schemes.

12.    Based on current research and the government's investigation, Kelihos sends spam using the following general methods. Every botnet must have a control protocol through which the botnet owner will issue commands to the botnet. Like all botnets, Kelihos has a Command and Control ("C2") communication protocol, which is the method that a botnet operator uses to communicate with the infected computers.   Kelihos also uses a Peer to Peer ("P2P") communication protocol as a control channel. Whereas the traditional C2 architecture results in every infected computer communicating directly with the C2 server[2], in a P2P the command and control of the botnet communicates through a proxy server with a series of infected computers and those infected computers further communicate with other computers, thereby making it harder to identify the actual C2 and the individual running the botnet.

13.    In this case, a Virtual Private Network ("VPN") connection is used to access and control the botnet. In general, a VPN functions by creating an encrypted connection between an end user's computer and an end point, or "Proxy," controlled by the company or entity

---

[2] A "server" is a centralized computer that provides services for other computers connected to it through a network. The computers that use the server's services are sometimes called "clients." Server computers can be physically located anywhere. For example, it is not uncommon for a network's server to be located hundreds, or even thousands, of miles away from the client computers.

administering the VPN. The Proxy is connected to the internet and configured to decrypt commands sent from the end user's computer, and to relay those commands to any internet-connected computer system, such as Google, Yahoo, or AOL, or in the case of the botnet, the P2P computers. Conversely, the Proxy can receive information back from the internet-connected computer systems, encrypt this information, and send it to the end user's computer. From the perspective of the Google, Yahoo, AOL, or the P2P computers, all they can see are the connections to the Proxy. However, because the Proxy is configured to relay any information back to the end user's computer, the end user can see and interact with whatever the Proxy "sees." In this way, the botnet's operator can use his VPN to access the internet with a high degree of anonymity, because his true Internet Protocol ("IP") address[3] is hidden behind the Proxy. Moreover, the botnet operator can connect to his VPN using any properly configured computer of his choice.[4]

---

[3] An "IP address" is a unique numeric address used to identify computers on the Internet. The standard format for IP addressing consists of four numbers between 0 and 255 separated by dots, e.g., 149.101.10.40. Every computer connected to the Internet (or group of computers using the same account to access the Internet) must be assigned an IP address so that Internet traffic, sent from and directed to that computer, is directed properly from its source to its destination. Internet Service Providers (ISP) assign IP addresses to their customers' computers. ISPs typically log their customers' connections, which means that the ISP can identify which of their customers was assigned a specific IP address during a particular session.

[4] VPNs can be configured many ways. In general, for a VPN to remain private, access is controlled via an authentication process with a unique identifier, for example a "user name," and a correlating passphrase or key. The user name and passphrase are often created when a person makes an account with the VPN provider. In many cases, creating these accounts costs money, and the VPN provider will accept various forms of payment, to include credit cards or virtual currency. Typically, software from the VPN provider needs to be installed onto the computer which is being used to connect to the VPN. Once the software is installed, it will be configured to authenticate to the VPN servers using the user name and passphrase, after which the computer is connected to the VPN.

14.     Once connected to the VPN, the botnet operator can issue botnet commands through the VPN to a P2P network of C2 computers. The P2P computers are a subset of computers infected with Kelihos, but which have been selected to relay commands to and from the remaining infected computers throughout the world. A P2P C2 scheme is at once dispersed and redundant, and therefore more difficult to disable. The commands received from the VPN are relayed throughout the P2P network and down to selected individual infected computers, known as worker nodes, which make up the body of the botnet.

15.     Computers are infected by Kelihos in a variety of ways. Kelihos can masquerade as or hide within a downloaded application, spread through removable storage (e.g., USB thumb drive), and infect computers from users browsing compromised or hacked websites. The Kelihos botnet is believed to use tens of thousands of infected computers.

### B.     *Evidence that Kelihos is Used to Commit the Subject Offenses*

16.     As detailed below, the government has learned through its ongoing investigation that the Kelihos botnet, over its lifetime, has accessed hundreds of thousands of computers without authorization to harvest and use tens of thousands of credentials, send hundreds of millions of spam messages, or distribute ransomware. Moreover, the evidence shows that Kelihos uses the email addresses and password credentials of others, which are means of identification, without the authorization of the legitimate owners to access mail servers to send spam, all for LEVASHOV's personal financial benefit. That spam includes commercial advertisements to recruit money mules, promote grey market pharmaceuticals, and perpetuate pump and dump penny stock schemes.

17.     As described in greater detail below, the FBI has learned that Kelihos distributes spam in at least two distinct ways. *First*, FBI personnel have observed Kelihos send spam from infected computers directly. *See* ¶¶ 19-22, *infra*. Kelihos will command the infected computers

7



to function, in essence, as mail servers and distribute spam to recipient email addresses passed to the computer from the botnet.  In these cases, Kelihos uses email addresses and randomly generated first and last name combinations not associated with the true account from which the spam came.       Thus, for example, the spam will be made to appear to come from [username]@gmail.com when in reality it came from the infected computer.  In this way, the header information in the spam has been materially altered to make the true source of the spam more difficult to detect, uncover, or filter.  *Second*, Kelihos will send spam from mail servers (such as those owned by Earthlink or 1&1 Mail & Media for example) by gaining unauthorized access to them using actual email address and password credentials Kelihos has harvested from infected computers and tested for functionality.  In those instances, the spam is, in essence, sent from the victim's email address through the mail server but without the victim's knowledge or authorization.  Moreover, because the spam message is sent directly from the mail server, it is not likely visible in the victim's "Sent Items" folder.  *See* ¶¶ 23-31 *infra*.

18.       Regardless of which way Kelihos distributes spam, the amount of spam it distributes is voluminous.  Based on industry research and the government's investigation, Kelihos has been observed to send out hundreds of millions of spam messages in a year, thereby distributing more than 100 spam messages during a 24-hour period, more than 1,000 spam messages during a 30-day period, or more than 10,000 spam messages during a one-year period.

### i.   *Evidence from the Bottom of Kelihos's Infrastructure: The Self-Infections*

19.       Beginning on or about March 5, 2016, in an effort to better understand Kelihos's functionality and with FBI's knowledge and authorization, agents self-infected a government

8

computer located in New Haven, Connecticut with Kelihos. This computer was not used by agents except to monitor and study the Kelihos infection.

20.    In monitoring the infection, FBI personnel have witnessed Kelihos engage in encoded communications with what I believe to be P2P computers as described above. After such communications took place, FBI personnel have witnessed the self-infection conduct a large number of Domain Name System ("DNS") queries[5] for mail servers such as those administered by Yahoo, Google, and AOL.

21.    The FBI then witnessed the self-infected computer send, or attempt to send, plain text spam messages through email addresses hosted on the servers at the previously identified IP addresses. The majority of email spam witnessed contained either (1) information urging recipients to buy "penny stocks," including a stock with the ticker symbol "APTY," or (2) hyperlinks which, if clicked, would direct the recipient to another website. A hyperlink is an electronic link embedded in a digital document which provides direct access to another location or file, and is typically activated by clicking on a highlighted or underlined word or image. The majority of the hyperlinks witnessed, when clicked, took the recipient to websites purporting to sell Canadian prescription drugs, such as Lipitor, Celebrex, Zithromax, and Viagra, which are manufactured by Pfizer, Inc., a pharmaceutical company that has multiple locations in Connecticut.

---

[5] A DNS Query is the method by which a computer converts a domain name, for example www.google.com, to an IP address, for example 168.28.8.18. The format of a domain is intended to be easily remembered and used by the human, whereas the IP address is what the computer uses to exchange data.

22.     The websites witnessed by clicking on hyperlinks contained in the spam were publicly available, and were either unauthorized pages on legitimate sites which had been created without the knowledge of the legitimate owner or were completely counterfeit websites wholly unrelated to any legitimate company.  It is unknown at this time whether the websites were created by the owner of Kelihos or by third parties.  The spam was delivered to recipients both in the U.S. and internationally (including Russia, Belgium, and Japan).

23.     The FBI studied Kelihos's behavior through a second set of self-infections conducted on virtual machines[6], which replicated the behavior of a physical computer without actually sending spam, from approximately July 27, 2016 to the present.  This behavior can be broken into the following five general categories, as explained in detail below:

      a.     Establishing Persistence on the Host

      b.     Harvesting Email Addresses and Usernames and Passwords from the Host

      c.     Host Communicating with the Botnet

      d.     Host Sending Spam

      e.     Remote Execution of Commands on the Host

24.     *Establishing Persistence on the Host:*  After Kelihos executes for the first time on a self-infection, it loads into the computer's memory ("Kelihos Process Memory").  After this, Kelihos changes the self-infection's Windows Registry[7] such that Kelihos will automatically load each time the self-infection is rebooted or turned on and off again; this is known as "establishing

---

[6] A virtual machine is a software computer that, like a physical computer, runs an operating system and applications.

[7] The Windows Registry is a key component of all Windows operating systems that allows for persistent changes like this to be made.  Kelihos only affects Windows computers.



persistence." This step ensures that once infected, Kelihos continues to run for as long as possible on any infected host system.

25.    *Harvesting Email Addresses and Usernames and Passwords from the Host:* After establishing persistence, Kelihos attempts to harvest credentials from the infected computer in multiple ways. First, Kelihos searches for text-based files on the infected computer's local drive (the "c:" drive). Once a text-based file is found, Kelihos reads the contents of the file. To determine that Kelihos was searching these files for email addresses, on or about February 7, 2017, the FBI created several files and saved them in different locations on a self-infection; each text file contained extraneous text data along with legitimate email addresses. After Kelihos was observed searching for text-based files, the email addresses contained within the random locations were observed within Kelihos Process Memory.

26.    Second, Kelihos searches specific locations on the computer for files known to contain usernames and passwords, including locations which store such data for several common internet browsers, including Chrome, Firefox, and Internet Explorer. On or about February 6, 2017, the FBI stored a fictitious email address and password in Internet Explorer on a self-infection. After Kelihos was installed, this username and password was observed in Kelihos Process Memory.

27.    Third, Kelihos searches for usernames and passwords for Windows programs that use File Transfer Protocol ("FTP"). As its name suggests, FTP is a standard network protocol used for the transfer of computer files between computers. For example, pictures located on a computer could be backed up to a server in another location using FTP functionality. On or about October 29, 2016, a username and password was stored on a self-infection using the program "FileZilla,"

11



a common FTP program.  After Kelihos was installed, the username and password were also observed in Kelihos Process Memory.

28.     Finally, Kelihos installs a software program called WinPCAP, which is able to intercept and examine electronic communications traversing the computer's network card in a Windows computer.  Kelihos was observed commanding WinPCAP to intercept the contents of all incoming and outgoing network traffic on an infected computer.  More specifically, Kelihos used this WinPCAP functionality to search for email usernames and passwords in the self-infections' network traffic.

29.     *Host Communicating with the Botnet:* To communicate, each self-infection establishes communications channels with other Kelihos-infected computers.  Through these channels, the self-infections receive and send data to other infected computers.  However, because the data is encrypted and could not be directly observed, its contents were inferred from changes to the contents of Kelihos Process Memory, which the FBI could see.  After establishing a connection, the infected computer obtains new IP addresses, as observed in Kelihos Process Memory.  The self-infections were then observed communicating with infected computers located at these newly obtained IP addresses.  The self-infections then communicate in a "Peer-to-Peer" manner, with multiple communications to many different infected computers at various IP addresses, during which time new IP addresses would be periodically updated into Kelihos Process Memory.

30.     After the email addresses and usernames and passwords were observed being harvested by Kelihos from the self-infections, the self-infections exchanged encrypted data with other infected computers.  Notwithstanding the fact that encryption is used to hide the contents of the data sent to and from infected computers, there are five observable facts that support the

12



conclusion that username and password credentials are harvested from infected machines. *First*, data at rest in files on the local hard drive appears in Kelihos Process Memory, which shows that Kelihos commands the infected computer to search the contents of files on a hard drive specifically for email addresses and usernames and passwords. The results of this search—email addresses and usernames and passwords—are not required for the locally infected bot to send spam, but are seen, nevertheless, in Kelihos Process Memory. *Second*, the infected computer is in constant two-way communication with the botnet, both sending and receiving a non-trivial quantity of encrypted information. *Third*, analysis of the botnet's top-level infrastructure revealed that tens of thousands of email address and password combinations are consistently being tested for functionality. That is to say, part of the Kelihos botnet is a particular server, further discussed below, which attempts to login to mail servers using stolen email addresses and passwords. *Fourth*, this same server has also been observed providing a collated list of email addresses, passwords, and IP addresses back to the VPN/Proxy currently being used by LEVASHOV (i.e., the .90 server discussed *infra*). *Fifth*, analysis of this collated list has confirmed that (1) a portion of these credentials are authentic; and (2) these credentials are used by Kelihos to directly login to mail servers and send spam.

31.    *Host Sending Spam:*  Based on observations of the Kelihos Process Memory and network activity, the self-infections were observed to receive from the botnet a list of surnames, a list of destination email addresses, and spam templates. The surnames and spam templates were used to create dynamic spam messages, in that there were slight differences between each individual spam message. The spam emails were then observed being sent from the self-infections to the destination email addresses.

32.    *Remote Execution of Commands on Host:*  On three different occasions, files were downloaded to a self-infection.  On or about September 22, 2016, Kelihos downloaded a

13



ransomware executable program called "JokeFromMars" to the self-infection. At the time that JokeFromMars appeared on the self-infection, Kelihos was the only application running; no other applications were open nor was there any other malware running on the self-infection that could have generated an automated request to download and save the ransomware to a specific location on the computer, as was the case here.

33.     Subsequently, the files on this self-infection became encrypted, and the desktop wallpaper changed to an image which contained the text: "Your personal files are encrypted !!!" In addition, a message window appeared on the self-infection that provided instructions on how to pay the ransom to obtain the passphrase to decrypt the files, which read:

> Your documents, scripts,photos, databases and other important files have been encrypted with strongest encryption algorithm AES-256 and unique key, generated for this computer.
>
> Private decryption key is stored on a secret Internet server and nobody can decrypt your files until you pay and obtain the encryption key.
>
> You only have 96 hours to submit the payment. If you do not send money within provided time, all your files will be permanently crypted and no one will be able to recovery them.
>
> Press 'View' to view the list of files that have been encrypted.
> Press 'Next' to connect to the secret server and follow instructions.
>
> WARNING! DO NOT TRY TO GET RID OF THE PROGRAMM YOURSELF. ANY ACTION TAKEN WILL RESULT IN DECRYPTION KEY BEING DESTROYED. YOU WILL LOSE YOUR FILES FOREVER. ONLY WAY TO KEEP YOUR FILES IS TO FOLLOW THE INSTRUCTION.

The ransom demanded was 0.6 bitcoin (BTC), which was at the time equivalent to $362.69. To make the payment, the ransomware provided the user instructions on how to acquire Bitcoins and how to connect to a Tor (i.e., dark web) hidden service in order to make the payment.



34.     On or about November 22, 2016, the "Vawtrak" banking Trojan was downloaded to an FBI self-infection. A Trojan is a type of malware that allows someone to gain remote, unauthorized access to an infected computer. When Trojans are written specifically to gather financial information from an infected computer, such as credit card numbers or usernames and passwords for bank websites, these may be referred to as "banking" Trojans. Vawtrak primarily aims to steal login credentials used at financial institutions and send them to those who control Vawtrak. The FBI's analysis showed that Kelihos commanded the infected computer to download Vawtrak. Further analysis determined that the Vawtrak was downloaded and executed within one second, an indication that the process was automated via Kelihos and not done by human command.

35.     Finally, on November 2, 2016, a Word Document that contained malicious code was downloaded and saved to the desktop of a self-infection, and further analysis indicated that Kelihos initiated the download. At the time of the download, Kelihos was the only running application on the self-infection and, based on my training and experience, the download must have been performed by a running process. In this instance, Kelihos did not open the Word Document such that the malicious software would run. Analysis of the code within the Word Document showed that, were it to be executed from the desktop of the self-infection, the Kronos banking Trojan would have been installed. Kronos primarily aims to steal login credentials used at financial institutions and send them to those who control Kronos.



15

### ii. *Evidence from the Top of the Bot's Infrastructure: the Luxembourg and Dutch Servers*

#### a. *The Dashboard*

36.    Private industry researchers identified IP addresses associated with a VPN located in Luxembourg that they believed was used to support the operations of the Kelihos botnet.  In coordination with Luxembourg authorities and pursuant to a Mutual Legal Assistance Treaty (MLAT) request in or around January 2016, federal agents investigating Kelihos received data from two servers associated with these IP addresses and continued to receive data from these servers until on or around November 2016.  In addition to the two Luxembourg IP addresses, agents also identified four IP addresses hosted in the Netherlands.  Based on this information, on or about August 29, 2016, agents requested via an MLAT request, data from the four Dutch IP addresses and have received data pursuant thereto.

37.    Examination of the data collected from these Luxembourg and Dutch servers, which is ongoing, revealed multiple associations between the Kelihos malware, its backend architecture,[8] Severa, and his believed true identity: LEVASHOV.

38.    One of the Luxembourg servers, which has the IP address 94.242.250.88 ("the .88 server") and one of the Dutch servers, bearing the IP address 85.17.31.90 ("the .90 server"), both contained data evidencing that the VPN (a) functioned as a portion of the Kelihos backend architecture and (b) was used by LEVASHOV, a.k.a. Peter Severa, to communicate with potential botnet customers.

---

[8] "Backend architecture" refers to the part of an IT system known to and accessed only by administrators or owners of that system.  Typically, access to the backend architecture of an IT-system is closely protected.  Commands run from the backend architecture can be powerful and impact the entirety of the IT system in question.

16



39.     Specifically, the VPN data showed access to a website that provided information on the botnet's operational status and activity; such a website can be referred to as a "dashboard" for the botnet. Thus, by accessing this website, the botnet operator can view critical functions of the botnet at one glance. Such dashboards are very commonly encountered in the investigation of botnets as they make administration and troubleshooting much easier for the operators.

40.     For Kelihos, the dashboard includes information from which the operator could discern quickly how well the botnet was functioning.

41.     Specifically, the VPN data contained information concerning the status of the botnet's "Golden Parachute Domains." Golden Parachute Domains are a means by which the P2P C2 computers can reconnect with the C2 in the event that communications are obstructed. Specifically, computers infected with Kelihos can perform a DNS query for a specific domain – such as gorodkoff.com or goloduha.info, both of which are used by Kelihos – and then use the provided IP address to establish a backup C2 channel to receive commands outside of the P2P C2 computers. In this way, if the P2P layer of C2 computers were eliminated, the owner of Kelihos has written into Kelihos code such a backup plan so that he could still maintain some degree of control over the botnet.

42.     In my analysis of the Luxembourg VPN data, gorodkoff.com, goloduha.info, and other domains are specifically referenced in the data, with color codes used to indicate their readiness status. The data specifically showed a line-graph with plots of two different colored lines along with a legend describing the colored lines as "Golden Parachute Req/sec" and "GP ID Uniq/sec". Based on my experience and training, I believe that this graph shows the effectiveness of the golden parachutes.

43.     Also useful to the botnet operator was another line graph found within the data. That graph had several different colored lines with a legend which described those colored lines as, "Other," "WinXP," "Win7," and "Win8." I believe that this graph documented the extent of the Kelihos infection by operating system.

44.     Both of these graphs are useful tools in determining whether Kelihos is operating at full potential by noting when and how often it was being detected and whether certain operating systems are more or less susceptible to infection.

45.     Similarly, other portions of this dashboard include antivirus and blacklisting reports. This indicates that Kelihos's operator actively monitors whether or not his infrastructure has been identified by antivirus or other blacklisting services, as such blacklisting could reduce the reliability and access of his network. Of note, the panel indicates that both of the servers hosted in Luxembourg appear to be tracked by at least one antivirus vendor, as their IP addresses appear within a list of other IPs all believed to be associated with Kelihos, and is correspondingly linked to an antivirus product.

46.     Agents found another image which contained a bar graph and two different colored bars, the legend of which described the colored bars as "Total emails m/sec" and "Clean emails m/sec." Based on my training and experience, I believe that this graph evidences the speed at which the email messages are being distributed.

47.     Yet another portion of the dashboard catalogues the spam messages that Kelihos is distributing. Specifically, the dashboard contained multiple truncated hyperlinks, which change over time. Agents have previously observed truncated hyperlinks such as "http://ostrich.slwp ... ch.slwpejmz.ru/" and associated subject lines, such as "Subject: Keep your ... girl happy." Both

18

the truncated hyperlinks and subject lines were consistent with spam emails observed being sent by self-infections and which appear to facilitate the purchase of grey market pharmaceuticals.

48.     Similarly, previous data has included the following text: "Attent: I will get $14000 flipping this pick!  Its mega easy folks, I purchased at $.16.  Wowza, 105% in 1 day!  What is the play?  Ok, it's A P T_Y.  And guess that, Im purchasing stock of APT Systems Inc. asap.  Because I load at $0.23 on Friday I will sell it at .66 very fast, study company prs.  Go load additional A P T_Y at $.23 on Mar, 11th and exit it at $0.66."

49.     This text is consistent with spam emails observed being sent by the self-infections and which appear to facilitate a stock manipulation scheme, known as "pump and dump."  Based on my training and experience, I know that these schemes, which usually manipulate low priced, or "penny" stocks, attempt to change stocks by drastically increasing volume.  For stocks in which there are few overall shareholders, or which are generally not traded in large quantity, a small increase in purchase activity can result in a large increase in stock price.

50.     Yet other recovered data concerns communications between "Peter Severa" and at least one individual attempting to rent Kelihos.  Specifically, the data from the .88 server showed communications between an unidentified individual and "Peter Severa" in which the former wrote:

> Redacted

The reply to the unidentified individual, dated Redacted 2016, was sent from peter@severa.biz to Redacted and states: Redacted Redacted The unidentified individual then responded, Redacted Redacted At the bottom of the communication was the salutation, "Best



regards, Peter Severa, E-mail: peter@severa.biz." Both WebMoney and bitcoin are well-known crypto currencies which can be used to easily transfer money across the Internet.

51.     Additionally, data from the .88 server contained email associated with the peter@severa.biz email account. Based on my training and experience, it appears that the VPN would reach out at regular, automated intervals to retrieve emails associated with this account.

52.     The Luxembourg data also evidenced several servers that comprise the backend architecture utilized by LEVASHOV to administer the Kelihos botnet. The servers were found to be located in a number of countries, including two servers in the Netherlands with the IP addresses 85.17.31.90 (".90") and 95.211.230.209 (".209").

53.     Sometime near the end of October 2016, the VPN functionality of the .88 server in Luxembourg transitioned to the .90 server in the Netherlands. Through an MLAT, the FBI has received data from both the .90 and .209 servers in the Netherlands. Contained within the data from .90, I observed a similar dashboard to that which had been on the .88 and which is described *supra*.

### *b. The datab831 File*

54.     I also observed multiple requests from .90 to .209 for a file named "datab831." I extracted the file from the data, and observed it to contain thousands of rows of text, each divided into three columns. Based on my training and experience, these columns appeared to contain email addresses, passwords, and IP addresses. The FBI identified the owner of one such email address observed in datab831 ("Email Address 1") and determined that the owner was a resident of Connecticut ("Victim 1"). The FBI has interviewed Victim 1 and showed her Email Address 1 and the associated password, both obtained from datab831. Victim 1 confirmed that Email Address 1 was hers and her late husband's, and that the password was correct.   Victim 1 further

20

confirmed that she did not authorize anyone to use her email address and password to send out spam or access her account or otherwise communicate with the mail server.

55.     I conducted further analysis on .209's data, and observed that it was attempting to authenticate, or log in, to hundreds of mail servers using email addresses and passwords in combination with the Simple Mail Transfer Protocol ("SMTP").  SMTP is a widely used basic protocol for internet electronic mail transport.  When an SMTP client, in this instance .209, has a message to transmit, it establishes a two-way "transmission channel" to an SMTP server.  In this instance, I observed .209 connecting or attempting to connect to thousands of mail servers.  Once the transmission channel is established, the SMTP client normally initiates a "mail transaction." Such a transaction consists of a series of commands to specify the originator and destination email addresses and transmission of the email message content itself.  The mail server responds to each command with a reply.  Replies may indicate that the command was accepted, that additional commands are expected, or that a temporary or permanent error condition exists.  Once a given mail message has been transmitted, the SMTP client may either request that the connection between itself and the mail server be shut down or may initiate other mail transactions.

56.     In my preliminary review of data for .209 for the time period of November 8, 2016 through November 28, 2016, I observed hundreds of instances wherein the SMTP command "AUTH" was issued from .209 to mail servers.  In general, the AUTH command is used to authenticate, or log in, to a mail server.    Should the SMTP client successfully complete the authentication exchange, the mail server issues a reply consisting of a line containing the numeric completion code "235" typically followed by a text string.  In many of the cases I observed, the authentication was not successful, as the 235 completion code was not observed and the transaction channel was shut down.  However, in other cases I observed the 235 completion code being sent

21



from the mail server to .209. Based on my training and experience, the sending of this code indicates that the mail server confirmed the authentication of the email username and password, thereby granting access to the account.

57.     Based on the domains of the email addresses (i.e. the portion of the email address after the "@" symbol) used by .209 to authenticate to the mail servers during the time period of November 8, 2016 through November 28, 2016, I observed logins to mail servers operated from many countries, including the United States and Russia. For the United States, I identified several such instances that contained the AUTH command followed by the 235 completion code. In these instances, the values observed after the 235 completion code included, "auth ok, go ahead," "Authentication succeeded," and "Authed. Go on." I also observed that, in certain instances, the email address and password combinations used to login to the mail server were also present in the datab831 file.

58.     I am aware of and in contact with an industry researcher who was previously monitoring a "router node" within the Kelihos botnet. Router nodes are the "Peer-to-Peer" middle-level of the botnet, and in addition to sending spam, they function as an interconnected relay between the lowest-level of infected computer in the botnet and the highest-level servers at the top of the botnet's infrastructure. This researcher has confirmed that on multiple occasions, he has seen this router node log successfully into mail servers using a username and password, and thereafter send spam from the same. On or around March 21, 2017, this industry expert provided me with a partial list of email addresses he observed his router node accessing and sending spam from. One of these email addresses ("Email Address 2") was observed being accessed by the industry expert's router node in December 2016 and January 2017, and spam was thereafter

22



distributed.  This same email address was previously observed by the FBI being logged into by .209 in multiple instances in November 2016.

59.     Based on this information and my training and experience, I believe that .209 of the Kelihos botnet tests email usernames and passwords that are in its possession against the email service providers' mail servers to determine if they are legitimate and still current.  Once those credentials have been authenticated, they are distributed to Router Nodes within the botnet where they are used to send spam through mail servers, as well as to LEVASHOV's VPN as datab831.

### C.     *Evidence Attributing Kelihos's Criminal Conduct to Severa*

60.     As discussed below, the botnet herder for Kelihos is a person who uses the nickname or alias "Peter Severa."  A botnet herder, or botherder, is an individual who operates or controls the botnet.

61.     Using this nickname or alias, LEVASHOV offers certain services that his botnet can provide, including sending spam, in exchange for money.  Moreover, I know based on my training and experience that successful botnet herders such as LEVASHOV are familiar with the functionalities, limitations, and operation of their botnet.  Finally, in order to continue offering services and making money, botnet herders such as LEVASHOV must be able to control, maintain, upgrade, and market their botnet.

62.     It is common for criminals engaged in computer crime to utilize nicknames, especially on the criminal forums on which they exchange data on criminal techniques and offer products and services for sale.  The use of nicknames allows them to protect their true identity, while still allowing for the benefits of name and product recognition.  While there are a large number of Internet forums devoted to the exchange of criminal services and techniques, many criminals will use the same nickname on different forums.  This is likely due to perceptions of



anonymity, as well as the reliance upon reputations tied to nicknames.  In these communities, actors are known principally by either their given nickname, or an email, jabber, or ICQ handle. Jabber and ICQ are "chat" applications. These reputations become important both in the exchange of data, and access to marketplaces in which products and services are sold.

63.    Upon examination of many criminal forum accounts in the name "Severa," I have noted that in the majority, the ICQ number 104967 has been utilized since at least 2010.  ICQ is a popular Internet instant message service in which users are identified by unique numerical values, known as ICQ numbers.  Based upon my training and experience, I know that online monikers, such as ICQ numbers, are rarely changed or transferred by online criminals.  Therefore, I conclude that the combination of an identical ICQ number and nickname are indicative of the same individual accessing and utilizing these accounts.

64.    Severa has used this ICQ number to market his botnets.  For instance, in May 2015, the FBI received the following information pertaining to a vendor on the Russian criminal site Korovka.cc.  The vendor was advertising "webmailer email spam" capability and the information he provided read as follows:

Username: "Severa"
Registration: 12/2/2011
Jabber contact: jabber@honese.com
ICQ: 104967
Service: Email spam
Details: The service was offered since 1999 and delivered spam to a recipients inbox. Every spam launched used several thousand clean IP addresses and accounts. Unique algorithms and technologies were constantly improved. Seller has US and Europe email databases for spam, and fresh databases received daily. Prices per million spam delivered were $200 USD legal advertisement, adult, mortgage, leads, pills, replics, etc... $300 USD job spam (drops, mules, employment), and $500 USD scam/phishing attacks.



65. This information conveyed that Severa's spamming was superior to that of his competition and would be less likely to be detected ("clean IP addresses and accounts" and "unique algorithms") and that he had been doing this for a long time ("since 1999").

66. Similarly, on or about January 14, 2017, Severa posted the following advertisement[9] an online forum called "Club2CRD":

Hello.

I am offering my spamming service via electronic mail to everybody who is interested. I have been serving you since the distant year 1999, and during these years there has not been a single day that I keep still, by constantly improving quality of spamming. Now at your service there is the only one in the world unique technology of spamming via electronic mail, which provides maximum possible probability of delivering your message to the final recipient.

Today I conduct all spamming via webmail. Each spamming is being done from dozens of thousands of clean IP addresses and accounts. To generate a message there are used unique algorithms and technologies which I have been constantly developing and improving. Every spamming is being automatically monitored for quality, with regular automatic spamming and running test messages.

I conduct spamming on my databases of USA [PH], Europe, or other countries you are interested in. I am constantly collecting and testing new addresses from different sources. Databases are updated daily and I have enough of collected volume, in order to provide individual databases of addresses for each new spamming.

The prices for one spamming (for a million of delivered messages) are:
$200.00 – legal advertising, adult, mortgage [PH], leads, pills [PH], replication [PH], and etc.
$300.00 – drops, also known as employment spam
$500.00 – scam, phishing

I am interested in large clients, and I actively incentive that with large discounts. The larger is the order volume, the bigger is a discount. Discounts start just at two million, and they may exceed 50%. Verify prices for any amount more than one million.

---

[9] The advertisement, which was written in Russian, was later translated into English by a FBI linguist. The references in the advertisement to "[PH]" are those of the linguist and reflect that a word has been translated phonetically.

For contact use Jabber (XMPP): jabber@honese.com
An alternative communication channel is ICQ 104967.

I always welcome new and old clients, as well as feedback!
Good luck and keep it up.
Petr Severa

67.     Severa continues to operate and profit from the Kelihos botnet.  On or about March

20, 2017, a law enforcement officer acting in an undercover capacity ("UC")  <span style="background:black;color:white;">Redacted</span>

<span style="background:black;color:white;">Redacted</span>  contacted  Severa,  who  is  believed  to  be  outside  the  United  States,  at

jabber@honese.com to indicate interest in purchasing one or more spam deliveries.  Upon an initial

inquiry looking for the "services of Peter Severa" and a request to confirm pricing and services

offered, Severa responded on March 21, 2017: "Hi, I am Peter Severa.  I were away.  what do you

want to send? job offes, dating, phishing, malware? or what?"

68.     In subsequent exchanges between Severa at jabber@honese.com and the UC on

March 20, 2017, Severa stated that he accepts bitcoins.  "Job offers"—which I know based on my

training and experience refers to money mule solicitations[10]—were priced at "300 usd per 1 million

emails, 450 per 2 mil."  However, Severa also indicated price differentials for different kinds of

spam deliveries: "phishing, scam etc 500 usd per 1 mil . . . 750 per 2."  Severa confirmed that the

UC could purchase spam to be sent only to a specific country (including the United States).  Severa

stated: "i need just payment and letter to start," and instructed that, "after payment put it to archive

with password and upload to sendspace.com."  According to sendspace.com's website, "*Send*space

---

[10] A "mule" or "money mule" is an individual who is used to transport or launder stolen money in
furtherance of criminal activity and its related organizations.  These individuals can be either
wittingly or unwittingly participating in the fraud.



is the best way to send large files, too big for email attachments, to friends, family and businesses, anywhere in the world."  Severa also indicated that he has "10-15 orders daily."

69.    On or about March 21, 2017, the UC paid Severa in bitcoin to purchase a spam campaign to be directed at the United States.  The spam email submitted to Severa included a link to a website advertising "work from home" job opportunities.  Severa responded that the "Mailing takes 3-4 hours, but response can come during 2-4 days, people don't read emails instantly."  He again reiterated that he has "10-15 orders daily."

70.    The UC then asked Severa: "i had client recontact me about ransomeware.  you can do?"  Within approximately twenty minutes, Severa responded via Jabber:

> I do mailings for installs, it costs 500 usd per 1 million emails, 750 usd per 2 mil, 1k per 3 mil.  I can't send attached file inbox on volume, nobody can now, so send letter just with link to file or landing.  I need just payment and letter to start.

> you need fresh text which never sent before, and you should randomize it by synonyms, by my template.  You can use synonym.com service to find variants. You can do html message, but images only by links, not attachments.

> Template:
> {Spam|Blackmailing|Phishing Mailing} is {good|very good|the best}!  Always {send|use|order|ask for} {it|this} {.|!|!!!}

> Samples(don't write these, it's generating automatically):
> 1) Blackmailing is good!  Always order it!
> 2) Phishing Mailing is the best!  Always use it!!!
> 3) Spam is the best!  Always send this.

> If you don't want to write it, you can google "Freelance Copywriter", they do it cheap, ⬛Redacted⬛
> ⬛Redacted⬛
> If you need to use links, better to use redirects.  Many people do it on hacked sites, you can buy ftp/ssh accesss for 1-2$ on forums.  You can also use free redirects like goo.gl, but it can be closed faster.
> ⬛Redacted⬛
> ⬛Redacted⬛



Based on my training and experience and the UC's question and the text of his response, I
believe that Severa's reference to "mailings for installs" refers to the distribution of
malware, including ransomware.

71.     The UC then asked Severa whether he also "send[s] out stocks or pharma? does
pricing change." Severa immediately responded:

> SEVERA:     legal offers?
>             stocks what do you mean?
>             pharma is 200 usd per 1 million emails
>
> UC:   penny stocks..buy/sell
>
> SEVERA:     it's PD
>             pump and dump
>             i have 25 mil traders list
>             my price usually is 5% of trade
>             with 5-10k deposit
>
> UC:   fair
>
> SEVERA:     5% by yahoo numbers
>
> UC:   ok. good to know in advance
>
> SEVERA:     (PrevClose+LastPrice) / 2 * Volume * 5%
>             i can move it good, just find the stock
>             and we need deposit
>             i'll subtract each day numbers, when it 0 i stop
>
> UC:   i've know some people in the market who suggest stocks from time to time
>
> SEVERA:     ask them
>             we need the stock, if they can release news on it – it's cool too
>             people buy on news
>             5-10k usd deposit, I accept btc or wire. or wmz

Based on my training and experience, I believe that "btc" refers to bitcoin and "wmz" refers
to WebMoney.

28



### D.     Evidence Establishing that Severa is LEVASHOV

72.     Based on an ongoing analysis of the VPN data as well as other investigative steps, I have reason to believe, and do believe, that the person claiming to be the Peter Severa operating the Kelihos botnet is actually LEVASHOV.

73.     The Luxembourg VPN data contained multiple references to accounts known to belong to Peter LEVASHOV. Specifically, the data contained email communications related to an "app," or mobile phone application, which has been developed by "Petr Levashov" and two other employees. The name of the app was listed in Russian as Хоттабыч, but can be Romanized as "Khottabych" or "Hottabych." Khottabych, which is also the name of a genie in an old Russian film, appeared to be an app not related to the Kelihos botnet described above. The Khottabych app was active and available for download on the Google Play app store and in Apple's iTunes app store.

74.     On or around May 11, 2016, agents conducted an internet search for Khottabych and visited the website https://play.google.com/store/apps/details?id=ru.hottaby4.app&hl=ru. This website contained the text, "Хоттабыч by Petr Levashov," along with a description in Russian which, when translated, stated that the app was designed as a concierge-type service that can be used to order food, call a taxi, or book air or railway tickets. The application also advertises that it has "well-trained professionals" to locate services, plan business trips, and even arrange for dates and parties. Roughly translated from Russian, the app advertises itself as "not just an app secretary," but "a real genie who dwells in your smartphone!"

75.     Хоттабыч was also available for download on the Apple iTunes app store. According to the Apple iTunes app store page, Хоттабыч was released on March 21, 2016 by "Petr Levashov" and a user could download it for free.

29

76.     In the seized VPN data from the Luxembourg servers, agents also found the following text: "Hello Google Play Developer, We're excited to announce the launch of a redesigned Google Play Developer Policy Center, an online resource which strives to provide developers with greater transparency and insight into our program policies," and, further down in the text, "You have received this mandatory email service announcement to update you about important changes to your Google Play service or account." Based on the time stamps in the data, this email was sent on or around March 1, 2016.

77.     The Luxembourg VPN data also showed access to an email account pr@hottaby4.ru, which is an e-mail publicly associated with the Хоттабыч app. According to records from Google, this email account is linked to a Google account with the name Hottaby4 Jinn, which has no Google email services associated with it, but does have Google Talk, Web History, Google Analytics, and phone number associated with it.

78.     Apart from the development of LEVASHOV's mobile application, the Dutch VPN data indicated that LEVASHOV utilized a digital certificate service[11] offered by the company GeoTrust. The data, found within an email sent from renew@geotrust.com to petr@hottaby4.ru on November 23, 2016, referenced order #13212476 placed for a "RapidSSL Wildcard" certificate in relation to his domain, hottaby4.ru. As a consequence, I obtained records pertaining to LEVASHOV's order with GeoTrust. Those records detailed that the order had been placed by customer Peter LEVASHOV, who identified himself as resident of Saint Petersburg, Russia, with telephone number ending in 0594 and email address petr@hottabyr.ru. The certificate order was

---

[11] A digital certificate, similar to identification cards, are electronic credentials that are used to certify the on-line identities of individuals, organizations, and computers.



associated with his domain hottaby4.ru and had been placed on December 15, 2015. This order was initiated from "Client IP address" 91.122.62.16; however, less than two minutes later, the order was approved from Client IP Address 94.242.250.88. As has been described previously, the latter IP address has been identified as the VPN utilized by LEVASHOV during most of 2016 for his Kelihos-related activities; however, the former IP address is assigned to the Saint Petersburg branch of Rostelecom, a telecommunications (including broadband internet) provider in Russia.

79.     Based upon previous investigation by agents, I am aware that LEVASHOV maintains an Apple account with the Destination Signaling Identifier (DSID) 1972828024 and Apple ID: pete777@mail.ru. In February 2017, I submitted a court order to Apple requesting records pertaining to this account. In reviewing the response provided by Apple, I observed that LEVASHOV obtained many of his recent downloads via the IP address 91.122.62.16. In fact, the vast majority of downloads between the period May 20, 2016, to February 16, 2017, came via the same address. This is similar to records previously obtained from Apple which I have also reviewed. In those earlier records, I was able to observe that LEVASHOV had obtained downloads from 91.122.62.16 from as early as August 5, 2016.

80.     Cross-referencing that IP address with WebMoney records I had previously obtained from the Government of Lithuania via an MLAT request, I discovered that the same IP address was found to have accessed the WebMoney identifier (i.e. account) ending in 4986. Of note, registered under this account is the WebMoney purse ending in 1018, which is the purse supplied by LEVASHOV, under his Severa alias, when requesting payment for his spamming services. In fact, on the forum Exploit.IN on or about October 29, 2016, Severa inquired as to what type of spam another individual wanted to send, suggesting "mules, dating, phishing, Malvar [sic]". LEVASHOV later told the individual that payment could be sent by either Webmoney or

bitcoin and provided his WebMoney purse ending in 1018.

81.    I identified two instances when 91.122.62.16 accessed the WebMoney account ending in 4986, expressed by WebMoney in terms of dates/times when access would "begin" and "end." In the first instance, I observed that LEVASHOV received an iTunes update from Apple, via 91.122.62.16, approximately 11 hours prior to when the WebMoney account was accessed from that same IP address. In the second instance, that IP address accessed the WebMoney account between May 17 and 18, 2016, and I observed one iTunes update a little over an hour prior to that period and another update approximately 14 hours after that access period ended.

82.    Furthermore, analysis on data provided by Google revealed that on or about June 4, 2013, the following search terms were attributed to the account peteknyazev777@gmail.com, an account used by LEVASHOV in connection with his Хоттабыч app: "kelihos" and "kelihos.f". Further analysis of the data provided by Google showed that the cell phone number associated to this account is LEVASHOV's mobile number ending in 0594. Furthermore, this account was accessed from 91.122.62.16 multiple times.

83.    Based on analysis of the VPN data from both servers, agents have observed that ICQ 104967 used the VPN to engage in ICQ encrypted communications. One example of that occurred on or about February 22, 2016 from at or about 12:36 p.m. to at or about 1:52 p.m. when ICQ 104967 used the VPN. More recently, agents located within the data from the .90 server the following    HTTP    GET    request    on    November    24,    2016:    "GET /whitepages/online&icq=104967&img=5 HTTP/1.1". A GET request is the technical method by which one computer solicits information from another computer via the Internet. It is essentially one computer providing a request for information from another computer. This particular GET request was from the .90 server to IP address 178.237.20.20. A Whois lookup conducted on March

32



10, 2017 using the website centralops.net revealed the Domain Name associated with IP address 178.237.20.20 to be "ICQ.COM". Thus, based on my training and experience, I believe that the .90 server was requesting information from ICQ regarding user 104967, which as detailed above is the ICQ handle used by Severa.

## CONCLUSION

84.     Based on my investigation, and the investigation of others, there is probable cause to believe and I do believe that PETER YURYEVICH LEVASHOV, a.k.a. "Petr Levashov," "Peter Severa," "Petr Severa," and "Sergey Astakhov," has committed violations of Title 18, United States Code, Sections 371 (conspiracy to commit fraud and related activity in connection with computers and fraud and related activity in connection with electronic e-mail), 1349 (conspiracy to commit wire fraud), 1028(a)(7) (identity theft in connection with another federal violation); 1028A (aggravated identity theft), 1030(a)(2) and (c)(2)(B), (a)(4) and (c)(3)(A), (a)(5)(A) and (c)(4)(B), and (a)(7) and (c)(3)(A) (fraud and related activity in connection with computers), 1037(a)(1), (a)(2), (a)(3) and (b)(1) (fraud and related activity in connection with electronic e-mail), 1343 (wire fraud), 2511 (illegal wiretapping), and 981(a)(1) (as incorporated by 28 U.S.C. § 2461(c)) and 1037(c) (forfeiture).

85.     Accordingly, I request the issuance of a complaint and warrant authorizing his arrest.

33

## REQUEST FOR SEALING

86.    I further request that the Court order that all papers in support of this application, including the affidavit, arrest warrant, criminal complaint, and order to seal, be sealed until further order of the Court.  These documents discuss a criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

Andrew P. Dodd
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on March **2 4**, 2017.

/s/William I. Garfinkel

HONORABLE WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE



34

# EXHIBIT A

