# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                          **APPEARANCE**

PETER YURYEVICH LEVASHOV               CASE NO.:    3: 17-CR-83 (RNC)

*To the Clerk of this Court and all parties of record:*

    *Enter my Appearance as counsel in this case for:*    PETER YURYEVICH LEVASHOV

*Date: February 13, 2018*            */s/ James Maguire*
                                                     Signature

*Bar No.:   ct29355*                  *James Maguire*
                                                       Print Name

                                                       <u>FEDERAL DEFENDER OFFICE</u>
                                                       Firm Name

                                                       <u>265 Church St., Ste. 702</u>
                                                       Address

                                                       <u>New Haven,            CT          06510</u>
                                                       City                        State        Zip Code

                                                       <u>(203) 498-4200</u>
                                                       Phone Number

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on February 13, 2018, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                       */s/ James Maguire*
                                                       *James Maguire*