UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17CR83 (RNC) |
| | : | |
| v. | : | |
| | : | |
| PETER YURYEVICH LEVASHOV, aka | : | February 14, 2018 |
| "Petr Levashov," "Peter Severa," | : | |
| "Petr Severa," and "Sergey Astakhov" | : | |

**CONSENT MOTION TO CONTINUE HEARING**

    The government respectfully moves to continue the continued *Curcio* hearing scheduled for today, February 14, 2018, at 2 p.m.  While the parties wish to have the *Curcio* issue resolved as expeditiously, a brief continuance is warranted because the procedural posture of the *Curcio* issue involving Attorney Litvak has not changed since yesterday's hearing.  The parties anticipate that the procedural posture will be clarified with the requested continuance.  In addition, Attorney Litvak is not otherwise available for this afternoon's hearing.  Attorney Litvak consents to the granting of this motion.

1

WHEREFORE, the parties respectfully move for a brief continuance of today's continued *Curcio* hearing.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY


_____/s/_____
VANESSA RICHARDS
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv05095
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604
Tel.: (203) 696-3000

DAVID T. HUANG
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct30434
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2018, a copy of the foregoing CONSENT MOTION TO CONTINUE HEARING was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            _____/s/_____
                                                            DAVID T. HUANG
                                                            ASSISTANT U.S. ATTORNEY