1
                     UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT

2

                           )

3
UNITED STATES OF AMERICA,   )   No. 3:17-cr-00083-RNC-1
                        )   915 Lafayette Boulevard

4
         vs.          )   Bridgeport, Connecticut
                        )

5
PETER YURYEVICH LEVASHOV.   )   February 2, 2018
                        )

6
————————————————————————

       TRANSCRIPT OF INITIAL PRESENTMENT AND ARRAIGNMENT

7

      BEFORE THE HONORABLE HOLLY B. FITZSIMMONS

8
         UNITED STATES MAGISTRATE JUDGE

9
APPEARANCES:
For the Plaintiff:     DAVID TIEN-WEI HUANG, AUSA

10
                     U.S. Attorney's Office - New Haven
                     157 Church Street

11
                     25th Floor
                     New Haven, CT 06510

12

                     VANESSA RICHARDS, AUSA

13
                     U.S. Attorney's Office - Bridgeport
                     1000 Lafayette Boulevard

14
                     10th Floor
                     Bridgeport, CT 06604

15

For the Defendant:     KELLY M. BARRETT, ESQ.

16
                     Federal Public Defender's Office -NH
                     265 Church Street

17
                     Suite 702
                     New Haven, CT 06510

18

                     IGOR LITVAK, ESQ.

19
                     The Litvak Law Firm, PLLC
                     1701 Avenue P

20
                     Brooklyn, NY 11229

21
ECR Operator:         ELECTRONICALLY RECORDED

22
                  Pessy Kaufman
                    eScribers

23
              7227 N. 16th Street
                  Suite #207

24
            Phoenix, AZ 85020
              (973) 406-2250

25

1                              I N D E X

2      RULINGS:                                       PAGE   LINE
       Not guilty pleas to Counts I through VIII       16     6
3      entered

4      Government's motion for pre-trial               17     24
       detention granted
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Colloquy

1              (7:06 O'CLOCK, P.M.)

2         THE COURT:  Good evening.

3         MS. RICHARDS:  Good evening, Your Honor.

4         THE COURT:  May we swear the interpreter please?

5                   INTERPRETER SWORN

6         THE CLERK:  Please state your name.

7         THE INTERPRETER:  Valentina Bren-Buzil, B-R-E-N

8    hyphen B-U-Z-I-L, Russian-language court interpreter.  Good

9    evening, Your Honor.

10         THE COURT:  Good evening.  And have you had an

11   opportunity to speak with the defendant and make sure that you

12   can understand him, and he can understand you?

13         THE INTERPRETER:  Yes, I did.  And we had no problem

14   communicating, Your Honor.

15         THE COURT:  All right.  Thank you.  And thank you

16   very much for being here this evening.

17         THE INTERPRETER:  My pleasure, Your Honor.

18         THE COURT:  Ms. Richards?

19         MS. RICHARDS:  Thank you, Your Honor.  Just for

20   appearances, I'm Vanessa Richards for the Government.  Also

21   seated at Government's table is Assistant United States

22   Attorney David Huang, my co-counsel in this case.  As well

23   as --

24         THE COURT:  Slowly.  Slowly.

25         MS. RICHARDS:  I'm sorry.  As well as FBI special

Colloquy

1   agents, Connor Phoenix (ph.) and Andrew Dodd.

2          Your Honor, we're here today for an initial

3   presentment and an arraignment on an eight-count indictment

4   that charges Mr. Levashov with a myriad of computer crimes and

5   wire fraud and identity theft charges resulting from the

6   allegation that he was the bot herder of the Kelihos botnet.

7   When Your Honor is prepared, I am prepared to go through the

8   maximum penalties should he be convicted of all the charges of

9   the indictment.

10          THE COURT:  We'll do that shortly.  Thank you, Ms.

11   Richards.

12          MS. RICHARDS:  Thank you.

13          THE COURT:  All right.  Mr. Levashov --

14          THE DEFENDANT:  Yes.

15          THE COURT:  -- my name is Holly Fitzsimmons, and I'm

16   a United States Magistrate Judge.  When someone is arrested

17   and charged with a federal crime in the United States, the law

18   requires that that person be brought before a judge so that

19   the judge can do several things.  The first thing I want to do

20   is make sure that you understand your rights.  The second

21   thing I want to do is make sure that you understand the

22   charges that you're facing.  And the third thing that I want

23   to do is make sure that you have a lawyer who will help you

24   defend yourself against these charges.

25          The question of whether you're guilty or not guilty

Colloquy

1    is not a question that will be decided here or today.  But I

2    will also set a schedule for your case, and I will consider

3    the question of whether you can be released on bail.

4              So the first thing I'm going to do is advise you of

5    your rights.  You have an absolute right to remain silent.

6    That means you don't have to answer questions from anyone,

7    including the questions that I ask you.  Do you understand

8    that?

9              THE DEFENDANT:  Yes.

10             THE COURT:  If you do answer some questions or you

11   make a statement, you should expect that whatever you say is

12   going to be used against you to prosecute you on the charges

13   in this indictment or perhaps on other charges.  Do you

14   understand that?

15             THE DEFENDANT:  Yes.

16             THE COURT:  If you've already answered some questions

17   or you've made a statement, that doesn't mean you have to keep

18   talking.  You always have the right to stop talking and assert

19   your right to silence whenever you want.  Do you understand

20   that?

21             THE DEFENDANT:  Yes.

22             THE COURT:  And you have the right to be represented

23   by a lawyer.  You have the right to talk to a lawyer before

24   you answer any questions or make a statement.  You have the

25   right to have your lawyer with you when you're answering

Colloquy

1   questions or making a statement, and if you cannot afford to

2   hire a lawyer and you qualify financially, the court will

3   provide you with a lawyer at no cost to you.  Do you

4   understand that?

5           THE DEFENDANT:  Yes.

6           THE COURT:  All right.  So Mr. Levashov, if I

7   understand that Mr. Litvak has been retained as your lawyer,

8   is that correct?

9           THE DEFENDANT:  Yes.

10           THE COURT:  All right.  I've asked Attorney Kelly

11   Barrett from our Federal Defenders Office here in Connecticut

12   to attend the hearing tonight because there's been a question

13   raised about whether Mr. Litvak may have a conflict of

14   interest that would make it difficult for him to represent

15   you.  I'm going to talk you about that in a few minutes.  But

16   the purpose of Ms. Barrett being here is so that if you have

17   any legal questions, you can address them to her as well as to

18   Mr. Litvak if you choose.  Down the road, I think what's going

19   to happen is that there's going to be a hearing to determine

20   whether there is a conflict, and if there is a conflict,

21   whether you could waive that conflict and continue with Mr.

22   Litvak, if that's your choice, or decide to get a new lawyer.

23           But at today's proceeding, you're not going to be

24   called to do or say anything that might prejudice your rights

25   with respect to who your counsel is going to be.  And if you

Colloquy

1    have any questions about that, you should address those

2    questions to Ms. Barrett and also to Mr. Litvak, if you wish.

3    So that you can make sure that you can get some advice that

4    will be helpful to you.  Do you understand that?

5                THE DEFENDANT:  Yes.

6                THE COURT:  All right.  Now, Ms. Barrett and Mr.

7    Litvak, have you received a copy of the indictment that names

8    Mr. Levashov as a defendant?

9                MR. LITVAK:  Yes, I have, Your Honor.

10               THE COURT:  Ms. Barrett?

11               MS. BARRETT:  Yes, Your Honor.

12               THE COURT:  All right.  And have you had an

13   opportunity to go over that indictment with Mr. Levashov?

14               MR. LITVAK:  Well, Your Honor, I just met Mr.

15   Levashov five minutes ago.

16               THE COURT:  Um-hum.

17               MR. LITVAK:  So I obviously did not go over the

18   indictment with him.  However, I believe that --

19               THE COURT:  Attorney Barrett did.

20               MR. LITVAK:  -- my co-counsel has done it, prior to

21   my arrival.

22               THE COURT:  That would not surprise me.

23               MS. BARRETT:  I did review the indictment with Mr.

24   Levashov, Your Honor.  I did not read it word for word, but I

25   did summarize the charges.

Colloquy

```
 1          THE COURT:  All right.  Thank you.  I'm going to ask
 2    all of you to sit down and take a look at that indictment.  I
 3    don't know Mr. Levashov, if you read any English, but at this
 4    time, I'm going to ask the prosecutor, Ms. Richards, to tell
 5    all of us what it is that you are charged with in this
 6    indictment.  And what the maximum penalties would be if you
 7    were to be convicted of these charges either at trial or after
 8    a plea.
 9          MS. RICHARDS:  Thank you, Your Honor.
10          MR. LITVAK:  (Indiscernible) one second?
11          THE COURT:  Yes.
12          MR. LITVAK:  Okay.  He's going to rely on his English
13    skills for now and then if he needs any clarification, he will
14    ask the interpreter, if that's okay with the Court.  Because
15    he's confused.  He's hearing Russian -- English in one ear and
16    Russian in another ear.  So he can't really follow.  So he
17    would like to just rely on his English skills understanding to
18    follow the hearing.  And if he has any questions, he will ask
19    the interpreter to clarify.
20          THE COURT:  Ms. Barrett, do you think that Mr.
21    Levashov's English will be sufficient for him to --
22          THE DEFENDANT:  Your Honor, I understand English.
23    Maybe, it's not my native language, but I did understand it.
24          THE COURT:  Ah.
25          THE DEFENDANT:  When I hear you in one ear and my
```

Colloquy

1   translator in another, it's really very complicated, very

2   complicated.  I prefer to listen everything in English, and if

3   I will confused, I will ask my translator periodically.

4            THE COURT:  All right.  That will be fine, Mr.

5   Levashov.  Please, do not hesitate to put up your hand and

6   stop right in the middle of a sentence if you need to --

7            THE DEFENDANT:  I appreciate this.  Thank you very

8   much.

9            THE COURT:  -- speak to the interpreter.

10           MR. LITVAK:  Thank you.

11           MS. RICHARDS:  Thank you, Your Honor.

12           We've organized the counts of the indictment from the

13   most severe maximum penalty to the least severe.  So it's

14   going to be a little --

15           THE COURT:  Can you pull this microphone toward you

16   so that we can all hear better?

17           MS. RICHARDS:  It's going to be a little out of order

18   from how the indictment reads.

19           So starting with Count IV, Mr. Levashov, is charged

20   with wire fraud in violation of 18 United States Code Section

21   1343 and 2.  If he's convicted of this charge, he faces a

22   maximum penalty of twenty years in prison, a maximum fine of

23   250,000 dollars, and a supervised release term of three years.

24   And a special assessment of a hundred dollars.

25           On Count I of the indictment, he's charged with

Colloquy

1    intentional damage to a protected computer in violation of 18

2    United States Code Section 1030(a)(5)(A), (c)(4)(B) and (2).

3    If convicted of this charge, he faces a maximum penalty of ten

4    years of prison, a maximum fine of 250,000 dollars, and a

5    supervised release term of three years, and a special

6    assessment of a hundred dollars.

7           With respect to the following counts, they all carry

8    the same maximum penalty, which is five years, a 250,000-

9    dollar -- five years in prison, a 250,000-dollar fine, a

10   supervised release term of three years, and a hundred-dollar

11   special assessment.  They are as follows:  Count II charges

12   Mr. Levashov with conspiracy in violation of 18 United States

13   Code Section 371.  Count III charges him with accessing

14   protected computers in furtherance of fraud in violation of 18

15   United States Code 1030 (a)(4), (c)(3)(A) and (2).  Count V

16   charges him with threatening to damage a protected computer in

17   violation of 18 United States Code 1030(a)(7)(C), (c)(3)(A)

18   and (2).  Count VI charges him with fraud in connection with

19   email in violation of 18 United States Code 1037(a)(2), (b)(1)

20   and (2).  Count VII charges him with fraud in connection with

21   email as well under 18 United States Code Section 1037(a)(3),

22   (b)(1) and (2).

23          Finally, Count VIII charges the defendant with

24   aggravated identify theft.  If he's convicted of that count,

25   he faces a maximum term of imprisonment of two years.  That

Colloquy

1    is, as I understand it, a mandatory term of two years if he's

2    convicted, and it must run consecutive to any other count of

3    conviction.  The maximum fine under that provision would be

4    250,000 dollars.  He could face a maximum term of one year of

5    supervised release, and again, a hundred-dollar special

6    assessment.

7            THE COURT:  Thank you, Ms. Richards.

8            Mr. Levashov, I know that your lawyers are going to

9    talk to you at length about the charges and the penalties.

10   These are very serious charges, and so it's important that you

11   cooperate with your lawyers and give the lawyer all the

12   information that he or she needs in order to give you the best

13   advice and the best defense to these charges.  Do you

14   understand that?

15           THE DEFENDANT:  Yes.  Yes, Your Honor.

16           THE COURT:  All right.  I also want to make sure that

17   you understand with respect to lawyers that in the American

18   system of justice, a lawyer who is defending a client owes all

19   of the duty of loyalty to that client.  And there is a

20   protection called the attorney-client privilege which will

21   shield your conversations with whatever lawyer is representing

22   you.  And so I want to make sure that you understand that

23   whether you have privately retained your lawyer or whether Ms.

24   Barrett or someone from her office is serving as your lawyer,

25   it doesn't matter who pays the lawyer, whether the Government

Colloquy

1   pays the lawyer, you pay the lawyer, or perhaps someone else

2   pays the lawyer.  What happens is that that lawyer must be

3   loyal to you and only to you and must give you the advice

4   that's in your best interest, not in the best interest of

5   anybody else and that that lawyer keep your confidence and not

6   repeat what you say to anyone, unless you give the lawyer

7   permission to do so.  Do you understand all of that?

8            THE DEFENDANT:  Yes, Your Honor.

9            THE COURT:  Okay.  So it's a very important

10  relationship that you have with your lawyer and a very

11  important safeguard that you have under American law that your

12  lawyer is to be loyal to you and to keep your confidences no

13  matter what.  Do you understand?

14           THE DEFENDANT:  Yes.  I have some questions about

15  conflict of interest, but you said you can speak later about

16  it so --

17           THE COURT:  You will be speaking to your lawyers, but

18  if you have any questions that you would like to ask me, if

19  you could relay them either to Ms. Barrett or to Mr. Litvak, I

20  would be happy to answer them.

21           MR. LITVAK:  He's just saying he would like to have

22  the Curcio hearing as soon as possible so we can resolve this

23  whole issue about the conflict so that he can move on.

24           THE COURT:  Yes.  The way this works, Mr. Levashov,

25  is that your case is assigned to a United States District

Colloquy

1   Judge.  In this particular case, the judge to whom your case

2   is assigned is District Judge Robert Chatigny who sits in

3   Hartford.  And so what needs to happen is that once you are

4   arraigned on the charges, I will communicate with Judge

5   Chatigny.  Tonight I'll send him an email, and I'll tell him

6   that there's an issue about your representation that will

7   require a hearing and then he'll decide whether he would like

8   to hold that hearing or if he would like me to hold it.

9            And so it seems to me that it can be expeditiously

10  scheduled.  It's just a matter of which one of us is going to

11  do it.  And so rest assured, this is a really important

12  question for you and so we understand that you want it to be

13  resolved and the Court wants it to be resolved as quickly as

14  possible as well.

15           All right.  So going back now to the question of the

16  indictment, Mr. Levashov, do you understand the crimes that

17  you're charged with?

18           THE DEFENDANT:  In my -- I'm not a professional in

19  this type of crimes, but yes, I think I understand.  I

20  understand the penalties, and I am understand what does it

21  mean, yeah --

22           THE COURT:  Okay.

23           THE DEFENDANT:  -- and -- and important.  I'm -- yes.

24           THE COURT:  All right.  So Mr. Litvak and Ms.

25  Barrett, are you prepared to have Mr. Levashov arraigned at

Colloquy

1    this time?

2           MR. LITVAK:  Yes, I am, Your Honor.

3           MS. BARRETT:  Yes, Your Honor.

4           THE COURT:  And do you expect that he will plead not

5    guilty to the charges?

6           MR. LITVAK:  He will plead not guilty, Your Honor.

7           MS. BARRETT:  Yes, Your Honor.

8           THE COURT:  All right.  Then Mr. Levashov, if you'll

9    stand up please?

10          Would you like me to read this indictment out loud to

11   you or will you enter your not-guilty pleas without hearing

12   the charges read out loud?

13          MR. LITVAK:  He's saying it's not necessary for you

14   to read it.

15          THE COURT:  All right.  Thank you.  Will the clerk

16   please put Mr. Levashov to plea on the indictment in criminal

17   number 3:17-cr-83?

18          THE CLERK:  Yes.

19          In the case of the United States of America v. Peter

20   Yuryevich Levashov, criminal number 3:17-cr-83-RNC-1, as to

21   Count I of the indictment charging you with a violation of

22   Title 18 of United States Code Section 1030(a)(5)(A),

23   (c)(4)(B) and (2), what is your plea?

24          THE DEFENDANT:  Plea, not guilty.

25          THE CLERK:  As to Count II of the indictment,

Colloquy

1    charging you with a violation of Title 18 United States Code

2    Section 371, what is your plea?

3              THE DEFENDANT:  Plea, not guilty.

4              THE CLERK:  As to Count III of the indictment,

5    charging you with a violation of Title 18 United States Code

6    Sections 1030(a)(4), (c)(3)(A) and (2), what is your plea?

7              THE DEFENDANT:  Plea, not guilty.

8              THE CLERK:  As to Count IV of the indictment,

9    charging you with a violation of Title 18 United States Code

10   Sections 1343 and 2, what is your plea?

11             THE DEFENDANT:  Plea, not guilty.

12             THE CLERK:  As to Count V of the indictment, charging

13   you with a violation of Title 18 United States Code Section

14   1030(a)(7)(C), (c)(3)(A) and (2), what is your plea?

15             THE DEFENDANT:  Plea, not guilty.

16             THE CLERK:  As to Count VI of the indictment,

17   charging you with a violation of Title 18 United States Code

18   Sections 1037(a)(2), (b)(1) and (2), what is your plea?

19             THE DEFENDANT:  Plea, not guilty.

20             THE CLERK:  As to Count VII of the indictment,

21   charging you with a violation of Title 18 United States Code

22   Sections 1037(a)(3), (b)(1) and (2), what is your plea?

23             THE DEFENDANT:  Plea, not guilty.

24             THE CLERK:  As to Count VIII of the indictment,

25   charging you with a violation of Title 18 United States Code

Colloquy

1   Sections 1028(a) and (2), what is your plea?

2          THE DEFENDANT:  Plea, not guilty.

3          THE CLERK:  Your Honor, the defendant pleads not

4   guilty to Counts I through VIII of the indictment.

5          THE COURT:  Thank you.

6          Thank you, Mr. Levashov.  You can sit down.  Your

7   not-guilty pleas are entered.  Judge Chatigny has set the

8   following schedule for this matter.  The defendant's motions

9   are due in twenty-one days on or before February 23rd.  The

10  Government's responses are due ten business days later on

11  March 1st.  And the jury selection in front of Judge Chatigny,

12  and that's at Hartford, Mr. Levashov, is tentatively scheduled

13  at this time for April 10th, 2018 at 9 o'clock in Judge

14  Chatigny's courtroom in Hartford.

15         Now, the next thing that we do at a first appearance,

16  Mr. Levashov, is to consider the question of bail.  And so I'm

17  going to inquire of the prosecutor what the Government's

18  position is on bail.  They have filed a motion seeking what's

19  called pre-trial detention here in the United States.  And

20  then I will hear from your counsel and from you, if there's

21  anything that you would like to say.

22         Ms. Richards?

23         MS. RICHARDS:  Thank you, Your Honor.  We have moved

24  for detention in this case.  Mr. Levashov is a Russian

25  national who we arrested in Spain and then extradited.  We

Colloquy

1    have every reason to believe that if he was released on bond,

2    he would return to his native country with which we do not

3    have a mutual legal assistance treaty.  And so extraditing him

4    would be near impossible.

5         Additionally, Mr. Levashov has been accused of being

6    the bot herder for the Kelihos botnet for a significant period

7    of time.  That botnet did a decent amount of damage throughout

8    its operation, and we believe that Mr. Levashov would simply

9    continue with that operation were he to be released and have

10   access to a computer.

11        All that said, it's my understanding from speaking to

12   Mr. Litvak as well as speaking to Ms. Barrett, that at this

13   point the defendant is not going to contest detention.

14   Subject, obviously, to it being without prejudice.

15        THE COURT:  All right.  Thank you.

16        Mr. Litvak?

17        MR. LITVAK:  Yes, Your Honor.  I have discussed the

18   Government's motion for detention with my client, and at this

19   time, we're going to consent to the pre-trial detention.

20        THE COURT:  All right.  Thank you.  Then at this

21   time, based on the Government's proffer, I find that there are

22   no conditions of release that could reasonably assure the

23   defendant's presence and the safety of the community.  The

24   defendant -- the plaintiff's -- excuse me, I'm sorry.  The

25   Government's motion for pre-trial detention will be granted.

Colloquy

1          But Mr. Levashov, this order is without prejudice to

2    reconsideration should you and your counsel wish to be heard

3    down the road on the question of bail.  All right.

4          The other thing that we have to do at a first

5    appearance, Mr. Levashov, when the defendant is not from the

6    United States, is I need to advise you that the United States

7    is a party to treaties with a number of foreign countries

8    which require that if a foreign national is arrested and held

9    in the United States, that the United States Government give

10   notice to the government of the home country.  And the purpose

11   of that is because if a nonAmerican is being held here, he or

12   she may need to get in touch with relatives or communicate

13   with family or do other things which might be impossible

14   without there being someone to facilitate that.

15         So it's my understanding from the United States

16   Attorney that Russia is a mandatory-notification country.  Is

17   that true, Ms. Richards?

18         MS. RICHARDS:  That's correct, Your Honor.  And we've

19   actually provided Mr. Levashov with a form that specifically

20   notifies him of that fact and notifies him of his rights vis-

21   à-vis the notification.  We have provided it to him and to his

22   counsel so that he can complete that form in Russian and then

23   we will receive that back from him, and we will make a

24   notification to the Russian consulate this evening.

25         THE COURT:  All right.

Colloquy

1          (Pause)

2          THE COURT:  All right.  The record should reflect

3     that I observed Mr. Levashov sign some document in open court

4     and that has been handed by Mr. Litvak to the Assistant U.S.

5     Attorney.

6          MS. RICHARDS:  Your Honor, just one thing, if you

7     wouldn't mind, we realize that it is late and we don't want to

8     keep folks here too late, but Mr. Levashov has traveled a very

9     long way.  If we could just ensure -- ask him a few wellness

10    questions just to make sure that he's alert and well.  He sure

11    seems that way based on his statements thus far.  But if we

12    could set the record on that, that would be much appreciated.

13         THE COURT:  All right.

14         Ms. Barrett, did you want to speak to Mr. Levashov?

15         THE DEFENDANT:  Everything is okay.  It's very

16    important for me, Your Honor, very important --

17         MR. LITVAK:  He feels alert.  He's fine.  He

18    understands everything that's going on.  He has no issues.

19    The only concern is that he's -- he wants to know when he's

20    going to get to the place where he's going to be staying

21    tonight so he can get some rest.  But otherwise, as far as

22    this proceeding is, he's completely alert and fine.

23         THE COURT:  Thank you.  I'm sure the marshals are as

24    anxious as he to provide a place where he -- where Mr.

25    Levashov can sleep.

                        Colloquy

1              Mr. Levashov, I just want to make sure -- I

2    understand what Mr. Litvak said and I appreciate it.  You

3    appear to me to be alert.  Have you understood what's going on

4    here today?

5              THE DEFENDANT:  Yes.

6              THE COURT:  And are there are any questions that you

7    would like to ask me, besides when you're going to get to

8    where you're going, that I could be helpful with at this time?

9              THE DEFENDANT:  As I told -- these, my lawyers --

10             THE COURT:  Yeah, talk to your lawyers and then they

11   can ask me.

12             MR. LITVAK:  He has no questions.

13             THE COURT:  All right.  Thank you.  And without --

14   what I don't want to do is ask the marshals on an open record,

15   where you're going to be, Mr. Levashov, but if I could get

16   some estimate of the time that it's going to take the marshals

17   to get you there.  Marshal Moore?

18             MARSHAL MOORE:  Less than ten minutes, Your Honor.

19             THE COURT:  Less than ten minutes, that's good.

20   Good.  All right.

21             The other question that I have for the U.S.

22   Attorney's Office is the status of the documents in the file.

23   The file itself is not sealed.  I understand the indictment is

24   not sealed.  Are there other documents that need to be

25   unsealed at this time?

Colloquy

1          MS. RICHARDS:  Not at this time, Your Honor.  We do

2    want to go through them.  There are certain items that we need

3    to file redacted versions of, and we plan on doing that

4    quickly, as in, hopefully, by close of business Monday we'll

5    be able to address that issue.  If we are having a hearing,

6    which, hopefully, we will be, we may at that point, present

7    those redacted documents at that time and ask for them to be

8    unsealed.

9          THE COURT:  All right.

10         MS. RICHARDS:  If that is -- if that pleases the

11   Court.

12         THE COURT:  All right.  Anything further we need to

13   do on Mr. Levashov's matter, this evening?

14         MS. RICHARDS:  Nothing from the Government, Your

15   Honor.  Thank you.

16         THE COURT:  Right.  Mr. Litvak?

17         MR. LITVAK:  Nothing from the defense.

18         THE COURT:  Ms. Barrett?

19         MS. BARRETT:  No, Your Honor.  Thank you.

20         THE COURT:  All right.  Mr. Levashov, everything

21   okay?

22         THE DEFENDANT:  Yes.

23         THE COURT:  Thank you, then.

24         Thank you all for being here tonight.  The Court will

25   be in recess.

Colloquy

1          THE CLERK:   All rise.   The Honorable United States

2     District Court now stands in recess.

3          (Whereupon the above matter was concluded at 7:33

4     o'clock, p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T I O N

        I, Pessy Kaufman, Official Court Transcriber for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of the proceedings in the aforementioned matter to the best of my skill and ability.


Date: February 11, 2018


_____

PESSY KAUFMAN

eScribers, LLC
352 Seventh Avenue, Ste. #604
New York, NY 10001
(973)406-2250
operations@escribers.net

## A

**a4 (1)**
10:15
**able (1)**
21:5
**above (1)**
22:3
**absolute (1)**
5:5
**access (1)**
17:10
**accessing (1)**
10:13
**accused (1)**
17:5
**actually (1)**
18:19
**Additionally (1)**
17:5
**address (3)**
6:17;7:1;21:5
**advice (3)**
7:3;11:13;12:3
**advise (2)**
5:4;18:6
**afford (1)**
6:1
**again (1)**
11:5
**against (2)**
4:24;5:12
**agents (1)**
4:1
**aggravated (1)**
10:24
**ago (1)**
7:15
**Ah (1)**
8:24
**alert (4)**
19:10,17,22;20:3
**allegation (1)**
4:6
**always (1)**
5:18
**America (1)**
14:19
**American (2)**
11:17;12:11
**amount (1)**
17:7
**Andrew (1)**
4:1
**answered (1)**
5:16
**anxious (1)**
19:24
**appear (1)**
20:3
**appearance (2)**
16:15;18:5

**appearances (1)**
3:20
**appreciate (2)**
9:7;20:2
**appreciated (1)**
19:12
**April (1)**
16:13
**arraigned (2)**
13:4,25
**arraignment (1)**
4:3
**arrested (3)**
4:16;16:25;18:8
**arrival (1)**
7:21
**assert (1)**
5:18
**assessment (4)**
9:24;10:6,11;11:6
**assigned (2)**
12:25;13:2
**assistance (1)**
17:3
**Assistant (2)**
3:21;19:4
**assure (1)**
17:22
**assured (1)**
13:11
**attend (1)**
6:12
**Attorney (5)**
3:22;6:10;7:19;
18:16;19:5
**attorney-client (1)**
11:20
**Attorney's (1)**
20:22

## À

**à-vis (1)**
18:21

## B

**b1 (4)**
10:19,22;15:18,22
**back (2)**
13:15;18:23
**bail (4)**
5:3;16:16,18;18:3
**Barrett (18)**
6:11,16;7:2,6,10,11,
19,23;8:20;11:24;
12:19;13:25;14:3,7;
17:12;19:14;21:18,19
**based (2)**
17:21;19:11
**besides (1)**
20:7
**best (4)**

11:12,13;12:4,4
**better (1)**
9:16
**bond (1)**
17:1
**bot (2)**
4:6;17:6
**botnet (3)**
4:6;17:6,7
**B-R-E-N (1)**
3:7
**Bren-Buzil (1)**
3:7
**brought (1)**
4:18
**business (2)**
16:10;21:4
**B-U-Z-I-L (1)**
3:8

## C

**c3A (4)**
10:15,17;15:6,14
**c4B (2)**
10:2;14:23
**called (3)**
6:24;11:20;16:19
**can (18)**
3:12,12;4:19;5:3;
6:17;7:3,3;9:15,16;
12:15,22,23;13:9;16:6;
18:22;19:21,25;20:11
**carry (1)**
10:7
**case (7)**
3:22;5:2;12:25;13:1,
1;14:19;16:24
**certain (1)**
21:2
**charge (2)**
9:21;10:3
**charged (5)**
4:17;8:5;9:19,25;
13:17
**charges (21)**
4:4,5,8,22,24;5:12,
13;7:25;8:7;10:11,13,
16,18,20,23;11:9,10,
13;13:4;14:5,12
**charging (8)**
14:21;15:1,5,9,12,17,
21,25
**Chatigny (4)**
13:2,5;16:7,11
**Chatigny's (1)**
16:14
**choice (1)**
6:22
**choose (1)**
6:18
**clarification (1)**
8:13

**clarify (1)**
8:19
**CLERK (12)**
3:6;14:15,18,25;
15:4,8,12,16,20,24;
16:3;22:1
**client (3)**
11:18,19;17:18
**close (1)**
21:4
**co-counsel (1)**
3:22;7:20
**Code (15)**
9:20;10:2,13,15,17,
19,21;14:22;15:1,5,9,
13,17,21,25
**communicate (2)**
13:4;18:12
**communicating (1)**
3:14
**community (1)**
17:23
**complete (1)**
18:22
**completely (1)**
19:22
**complicated (2)**
9:1,2
**computer (4)**
4:4;10:1,16;17:10
**computers (1)**
10:14
**concern (1)**
19:19
**concluded (1)**
22:3
**conditions (1)**
17:22
**confidence (1)**
12:5
**confidences (1)**
12:12
**conflict (6)**
6:13,20,20,21;12:15,
23
**confused (2)**
8:15;9:3
**Connecticut (1)**
6:11
**connection (2)**
10:18,20
**Connor (1)**
4:1
**consecutive (1)**
11:2
**consent (1)**
17:19
**consider (2)**
5:2;16:16
**conspiracy (1)**
10:12
**consulate (1)**
18:24

**contest (1)**
17:13
**continue (2)**
6:21;17:9
**conversations (1)**
11:21
**convicted (6)**
4:8;8:7;9:21;10:3,
24;11:2
**conviction (1)**
11:3
**cooperate (1)**
11:11
**copy (1)**
7:7
**cost (1)**
6:3
**counsel (4)**
6:25;16:20;18:2,22
**Count (18)**
9:19,25;10:11,13,15,
18,20,23,24;11:2;
14:21,25;15:4,8,12,16,
20,24
**countries (1)**
18:7
**country (3)**
17:2;18:10,16
**counts (3)**
9:12;10:7;16:4
**COURT (62)**
3:2,4,8,10,15,18,24;
4:10,13,15;5:10,16,22;
6:2,6,10;7:6,10,12,16,
19,22;8:1,11,14,20,24;
9:4,9,15;11:7,16;12:9,
17,24;13:13,22,24;
14:4,8,15;16:5;17:15,
20;18:25;19:2,3,13,23;
20:6,10,13,19;21:9,11,
12,16,18,20,23,24;22:2
**courtroom (1)**
16:14
**crime (1)**
4:17
**crimes (3)**
4:4;13:16,19
**criminal (2)**
14:16,20
**Curcio (1)**
12:22

## D

**damage (3)**
10:1,16;17:7
**David (1)**
3:22
**days (2)**
16:9,10
**decent (1)**
17:7
**decide (2)**

6:22;13:7
**decided (1)**
  5:1
**defend (1)**
  4:24
**defendant (34)**
  3:11;4:14;5:9,15,21;
  6:5,9;7:5,8;8:22,25;
  9:7;10:23;11:15;12:8,
  14;13:18,23;14:24;
  15:3,7,11,15,19,23;
  16:2,3;17:13,24;18:5;
  19:15;20:5,9;21:22
**defendant's (2)**
  16:8;17:23
**Defenders (1)**
  6:11
**defending (1)**
  11:18
**defense (1)**
  11:13;21:17
**detention (6)**
  16:19,24;17:13,18,
  19,25
**determine (1)**
  6:19
**difficult (1)**
  6:14
**discussed (1)**
  17:17
**District (3)**
  12:25;13:2;22:2
**document (1)**
  19:3
**documents (3)**
  20:22,24;21:7
**Dodd (1)**
  4:1
**dollar (1)**
  10:9
**dollars (5)**
  9:23,24;10:4,6;11:4
**done (1)**
  7:20
**Down (4)**
  6:18;8:2;16:6;18:3
**due (2)**
  16:9,10
**duty (1)**
  11:19

### E

**ear (3)**
  8:15,16,25
**eight-count (1)**
  4:3
**either (2)**
  8:7;12:19
**else (2)**
  12:1,5
**email (3)**
  10:19,21;13:5

**English (7)**
  8:3,12,15,17,21,22;
  9:2
**ensure (1)**
  19:9
**enter (1)**
  14:11
**entered (1)**
  16:7
**estimate (1)**
  20:16
**evening (7)**
  3:2,3,9,10,16;18:24;
  21:13
**excuse (1)**
  17:24
**expect (2)**
  5:11;14:4
**expeditiously (1)**
  13:9
**extradited (1)**
  16:25
**extraditing (1)**
  17:3

### F

**face (1)**
  11:4
**faces (3)**
  9:21;10:3,25
**facilitate (1)**
  18:14
**facing (1)**
  4:22
**fact (1)**
  18:20
**family (1)**
  18:13
**far (2)**
  19:11,21
**FBI (1)**
  3:25
**February (1)**
  16:9
**federal (2)**
  4:17;6:11
**feels (1)**
  19:17
**few (2)**
  6:15;19:9
**file (3)**
  20:22,23;21:3
**filed (1)**
  16:18
**Finally (1)**
  10:23
**financially (1)**
  6:2
**find (1)**
  17:21
**fine (7)**
  9:4,22;10:4,9;11:3;

19:17,22
**first (4)**
  4:19;5:4;16:15;18:4
**Fitzsimmons (1)**
  4:15
**five (3)**
  7:15;10:8,9
**folks (1)**
  19:8
**follow (2)**
  8:16,18
**following (2)**
  10:7;16:8
**follows (1)**
  10:11
**foreign (2)**
  18:7,8
**form (2)**
  18:19,22
**fraud (5)**
  4:5;9:20;10:14,18,20
**front (1)**
  16:11
**further (1)**
  21:12
**furtherance (1)**
  10:14

### G

**Good (6)**
  3:2,3,8,10;20:19,20
**Government (5)**
  3:20;11:25;18:9,10;
  21:14
**Government's (6)**
  3:21;16:10,17;17:18,
  21,25
**granted (1)**
  17:25
**guilty (13)**
  4:25,25;14:5,6,24;
  15:3,7,11,15,19,23;
  16:2,4

### H

**hand (1)**
  9:5
**handed (1)**
  19:4
**happen (2)**
  6:19;13:3
**happens (1)**
  12:2
**happy (1)**
  12:20
**Hartford (3)**
  13:3;16:12,14
**hear (3)**
  8:25;9:16;16:20
**heard (1)**
  18:2

**hearing (9)**
  6:12,19;8:15,18;
  12:22;13:7,8;14:11;
  21:5
**held (2)**
  18:8,11
**help (1)**
  4:23
**helpful (2)**
  7:4;20:8
**herder (2)**
  4:6;17:6
**hesitate (1)**
  9:5
**hire (1)**
  6:2
**hold (2)**
  13:8,8
**Holly (1)**
  4:15
**home (1)**
  18:10
**Honor (30)**
  3:3,9,14,17,19;4:2,7;
  7:9,11,14,24;8:9,22;
  9:11;11:15;12:8;14:2,
  3,6,7;16:3,23;17:17;
  18:18;19:6,16;20:18;
  21:1,15,19
**Honorable (1)**
  22:1
**hopefully (2)**
  21:4,6
**Huang (1)**
  3:22
**hundred (2)**
  9:24;10:6
**hundred-dollar (2)**
  10:10;11:5
**hyphen (1)**
  3:8

### I

**identify (1)**
  10:24
**identity (1)**
  4:5
**II (2)**
  10:11;14:25
**III (2)**
  10:13;15:4
**important (7)**
  11:10;12:9,11;13:11,
  23;19:16,16
**impossible (2)**
  17:4;18:13
**imprisonment (1)**
  10:25
**including (1)**
  5:7
**indictment (25)**
  4:3,9;5:13;7:7,13,18,

23;8:2,6;9:12,18,25;
  13:16;14:10,16,21,25;
  15:4,8,12,16,20,24;
  16:4;20:23
**Indiscernible (1)**
  8:10
**information (1)**
  11:12
**initial (1)**
  4:2
**inquire (1)**
  16:17
**intentional (1)**
  10:1
**interest (4)**
  6:14;12:4,4,15
**interpreter (9)**
  3:4,5,7,8,13,17;8:14,
  19;9:9
**issue (3)**
  12:23;13:6;21:5
**issues (1)**
  19:18
**items (1)**
  21:2
**IV (2)**
  9:19;15:8

### J

**Judge (10)**
  4:16,18,19;13:1,1,2,
  4;16:7,11,13
**jury (1)**
  16:11
**justice (1)**
  11:18

### K

**keep (4)**
  5:17;12:5,12;19:8
**Kelihos (2)**
  4:6;17:6
**Kelly (1)**
  6:10

### L

**language (1)**
  8:23
**late (2)**
  19:7,8
**later (2)**
  12:15;16:10
**law (2)**
  4:17;12:11
**lawyer (22)**
  4:23;5:23,23,25;6:2,
  3,7,22;11:11,18,21,23,
  24,25;12:1,1,2,5,6,10,
  12
**lawyers (6)**

11:8,11,17;12:17;
20:9,10
**least (1)**
9:13
**legal (2)**
6:17;17:3
**length (1)**
11:9
**Less (2)**
20:18,19
**Levashov (34)**
4:4,13;6:6;7:8,13,15,
24;8:3;9:5,19;10:12;
11:8;12:24;13:16,25;
14:8,16,20;16:6,12,16,
24;17:5,8;18:1,5,19;
19:3,8,14,25;20:1,15;
21:20
**Levashov's (2)**
8:21;21:13
**listen (1)**
9:2
**little (1)**
9:14,17
**Litvak (28)**
6:7,13,18,22;7:2,7,9,
14,17,20;8:10,12;9:10;
12:19,21;13:24;14:2,6,
13;17:12,16,17;19:4,
17;20:2,12;21:16,17
**long (1)**
19:9
**look (1)**
8:2
**loud (2)**
14:10,12
**loyal (2)**
12:3,12
**loyalty (1)**
11:19

**M**

**Magistrate (1)**
4:16
**making (1)**
6:1
**mandatory (1)**
11:1
**mandatory-notification (1)**
18:16
**March (1)**
16:11
**Marshal (2)**
20:17,18
**marshals (3)**
19:23;20:14,16
**matter (6)**
11:25;12:13;13:10;
16:8;21:13;22:3
**maximum (11)**
4:8;8:6;9:13,22,22;
10:3,4,8,25;11:3,4

**May (4)**
3:4;6:13;18:12;21:6
**Maybe (1)**
8:23
**mean (2)**
5:17;13:21
**means (1)**
5:6
**met (1)**
7:14
**microphone (1)**
9:15
**middle (1)**
9:6
**might (2)**
6:24;18:13
**mind (1)**
19:7
**minutes (4)**
6:15;7:15;20:18,19
**Monday (1)**
21:4
**Moore (1)**
20:17,18
**most (1)**
9:13
**motion (3)**
16:18;17:18,25
**motions (1)**
16:8
**move (1)**
12:23
**moved (1)**
16:23
**much (3)**
3:16;9:8;19:12
**must (3)**
11:2;12:2,3
**mutual (1)**
17:3
**myriad (1)**
4:4

**N**

**name (2)**
3:6;4:15
**names (1)**
7:7
**national (2)**
16:25;18:8
**native (2)**
8:23;17:2
**near (1)**
17:4
**necessary (1)**
14:13
**need (6)**
9:6;18:6,12;20:24;
21:2,12
**needs (2)**
8:13;11:12;13:3
**new (1)**

6:22
**next (1)**
16:15
**nonAmerican (1)**
18:11
**not-guilty (2)**
14:11;16:7
**notice (1)**
18:10
**notification (2)**
18:21,24
**notifies (2)**
18:20,20
**number (3)**
14:17,20;18:7

**O**

**observed (1)**
19:3
**obviously (2)**
7:17;17:14
**O'CLOCK (3)**
3:1;16:13;22:4
**Office (3)**
6:11;11:24;20:22
**once (1)**
13:3
**one (6)**
8:10,15,25;11:4;
13:10;19:6
**only (2)**
12:3;19:19
**open (2)**
19:3;20:14
**operation (2)**
17:8,9
**opportunity (2)**
3:11;7:13
**order (3)**
9:17;11:12;18:1
**organized (1)**
9:12
**otherwise (1)**
19:21
**out (3)**
9:17;14:10,12
**over (2)**
7:13,17
**owes (1)**
11:18

**P**

**particular (1)**
13:1
**party (1)**
18:7
**Pause (1)**
19:1
**pay (1)**
12:1
**pays (3)**

11:25;12:1,2
**penalties (4)**
4:8;8:6;11:9;13:20
**penalty (4)**
9:13,22;10:3,8
**perhaps (2)**
5:13;12:1
**period (1)**
17:6
**periodically (1)**
9:3
**permission (1)**
12:7
**person (1)**
4:18
**Peter (1)**
14:19
**ph (1)**
4:1
**Phoenix (1)**
4:1
**place (2)**
19:20,24
**plaintiff's (1)**
17:24
**plan (1)**
21:3
**plea (18)**
8:8;14:16,23,24;
15:2,3,6,7,10,11,14,15,
18,19,22,23;16:1,2
**plead (2)**
14:4,6
**pleads (1)**
16:3
**pleas (2)**
14:11;16:7
**please (5)**
3:4,6;9:5;14:9,16
**pleases (1)**
21:10
**pleasure (1)**
3:17
**PM (2)**
3:1;22:4
**point (2)**
17:13;21:6
**position (1)**
16:18
**possible (2)**
12:22;13:14
**prefer (1)**
9:2
**prejudice (3)**
6:24;17:14;18:1
**prepared (3)**
4:7,7;13:25
**presence (1)**
17:23
**present (1)**
21:6
**presentment (1)**
4:3

**pre-trial (2)**
16:19;17:19,25
**prior (1)**
7:20
**prison (3)**
9:22;10:4,9
**privately (1)**
11:23
**privilege (1)**
11:20
**problem (1)**
3:13
**proceeding (2)**
6:23;19:22
**professional (1)**
13:18
**proffer (1)**
17:21
**prosecute (1)**
5:12
**prosecutor (2)**
8:4;16:17
**protected (3)**
10:1,14,16
**protection (1)**
11:20
**provide (2)**
6:3;19:24
**provided (2)**
18:19,21
**provision (1)**
11:3
**pull (1)**
9:15
**purpose (2)**
6:16;18:10
**put (2)**
9:5;14:16

**Q**

**qualify (1)**
6:2
**quickly (2)**
13:13;21:4

**R**

**raised (1)**
6:13
**read (5)**
7:24;8:3;14:10,12,14
**reads (1)**
9:18
**realize (1)**
19:7
**really (3)**
8:16;9:1;13:11
**reason (1)**
17:1
**reasonably (1)**
17:22
**receive (1)**

18:23
**received (1)**
7:7
**recess (2)**
21:25;22:2
**reconsideration (1)**
18:2
**record (3)**
19:2,12;20:14
**redacted (2)**
21:3,7
**reflect (1)**
19:2
**relationship (1)**
12:10
**relatives (1)**
18:12
**relay (1)**
12:19
**release (5)**
9:23;10:5,10;11:5;
17:22
**released (3)**
5:3;17:1,9
**rely (2)**
8:12,17
**remain (1)**
5:5
**repeat (1)**
12:6
**represent (1)**
6:14
**representation (1)**
13:6
**represented (1)**
5:22
**representing (1)**
11:21
**require (2)**
13:7;18:8
**requires (1)**
4:18
**resolve (1)**
12:22
**resolved (2)**
13:13,13
**respect (3)**
6:25;10:7;11:17
**responses (1)**
16:10
**rest (2)**
13:11;19:21
**resulting (1)**
4:5
**retained (2)**
6:7;11:23
**return (1)**
17:2
**review (1)**
7:23
**RICHARDS (20)**
3:3,18,19,20,25;4:11,
12;8:4,9;9:11,17;11:7;

16:22,23;18:17,18;
19:6;21:1,10,14
**right (32)**
3:15;4:13;5:5,18,19,
22,23,25;6:6,10;7:6,12;
8:1;9:4,6;11:16;13:15,
24;14:8,15;17:15,20;
18:3,25;19:2,13;20:13,
20;21:9,12,16,20
**rights (4)**
4:20;5:5;6:24;18:20
**rise (1)**
22:1
**road (2)**
6:18;18:3
**Robert (1)**
13:2
**run (1)**
11:2
**Russia (1)**
18:16
**Russian (5)**
8:15,16;16:24;18:22,
24
**Russian-language (1)**
3:8

**S**

**safeguard (1)**
12:11
**safety (1)**
17:23
**same (1)**
10:8
**saying (2)**
12:21;14:13
**schedule (2)**
5:2;16:8
**scheduled (2)**
13:10;16:12
**sealed (2)**
20:23,24
**seated (1)**
3:21
**second (2)**
4:20;8:10
**Section (7)**
9:20;10:2,13,21;
14:22;15:2,13
**Sections (5)**
15:6,10,18,22;16:1
**seeking (1)**
16:18
**seems (2)**
13:9;19:11
**selection (1)**
16:11
**send (1)**
13:5
**sentence (1)**
9:6
**serious (1)**

11:10
**serving (1)**
11:24
**set (3)**
5:2;16:7;19:12
**several (1)**
4:19
**severe (2)**
9:13,13
**shield (1)**
11:21
**shortly (1)**
4:10
**sign (1)**
19:3
**significant (1)**
17:6
**silence (1)**
5:19
**silent (1)**
5:5
**simply (1)**
17:8
**sit (2)**
8:2;16:6
**sits (1)**
13:2
**skills (2)**
8:13,17
**sleep (1)**
19:25
**Slowly (2)**
3:24,24
**someone (4)**
4:16;11:24;12:1;
18:14
**soon (1)**
12:22
**sorry (2)**
3:25;17:24
**Spain (1)**
16:25
**speak (4)**
3:11;9:9;12:15;
19:14
**speaking (3)**
12:17;17:11,12
**special (5)**
3:25;9:24;10:5,11;
11:5
**specifically (1)**
18:19
**stand (1)**
14:9
**stands (1)**
22:2
**starting (1)**
9:19
**state (1)**
3:6
**statement (4)**
5:11,17,24;6:1
**statements (1)**

19:11
**States (27)**
3:21;4:16,17;9:20;
10:2,12,15,17,19,21;
12:25;14:19,22;15:1,5,
9,13,17,21,25;16:19;
18:6,6,9,9,15;22:1
**status (1)**
20:22
**staying (1)**
19:20
**stop (2)**
5:18;9:6
**Subject (1)**
17:14
**sufficient (1)**
8:21
**summarize (1)**
7:25
**supervised (4)**
9:23;10:5,10;11:5
**sure (11)**
3:11;4:20,21,23;7:3;
11:16,22;19:10,10,23;
20:1
**surprise (1)**
7:22
**swear (1)**
3:4
**SWORN (1)**
3:5
**system (1)**
11:18

**T**

**table (1)**
3:21
**talk (4)**
5:23;6:15;11:9;
20:10
**talking (2)**
5:18,18
**ten (4)**
10:3;16:10;20:18,19
**tentatively (1)**
16:12
**term (6)**
9:23;10:5,10,25;
11:1,4
**theft (2)**
4:5;10:24
**third (1)**
4:22
**threatening (1)**
10:16
**three (3)**
9:23;10:5,10
**throughout (1)**
17:7
**thus (1)**
19:11
**Title (8)**

14:22;15:1,5,9,13,17,
21,25
**today (3)**
4:2;5:1;20:4
**today's (1)**
6:23
**told (1)**
20:9
**tonight (4)**
6:12;13:5;19:21;
21:24
**touch (1)**
18:12
**toward (1)**
9:15
**translator (2)**
9:1,3
**traveled (1)**
19:8
**treaties (1)**
18:7
**treaty (1)**
17:3
**trial (1)**
8:7
**true (1)**
18:17
**twenty (1)**
9:22
**twenty-one (1)**
16:9
**two (2)**
10:25;11:1
**type (1)**
13:19

**U**

**Um-hum (1)**
7:16
**under (3)**
10:21;11:3;12:11
**understands (1)**
19:18
**understood (1)**
20:3
**United (27)**
3:21;4:16,17;9:20;
10:2,12,15,17,19,21;
12:25;14:19,22;15:1,5,
9,13,17,21,25;16:19;
18:6,6,9,9,15;22:1
**unless (1)**
12:6
**unsealed (2)**
20:25;21:8
**up (2)**
9:5;14:9
**used (1)**
5:12

**V**

**Valentina (1)**
3:7
**Vanessa (1)**
3:20
**versions (1)**
21:3
**VI (2)**
10:18;15:16
**VII (2)**
10:20;15:20
**VIII (3)**
10:23;15:24;16:4
**violation (14)**
9:20;10:1,12,14,17,
19;14:21;15:1,5,9,13,
17,21,25
**vis- (1)**
18:20

**W**

**waive (1)**
6:21
**wants (2)**
13:13;19:19
**way (3)**
12:24;19:9,11
**wellness (1)**
19:9
**what's (3)**
6:18;16:18;20:3
**whenever (1)**
5:19
**Whereupon (1)**
22:3
**whole (1)**
12:23
**wire (2)**
4:5;9:20
**wish (2)**
7:2;18:2
**without (5)**
14:11;17:14;18:1,14;
20:13
**word (2)**
7:24,24
**works (1)**
12:24

**Y**

**year (1)**
11:4
**years (9)**
9:22,23;10:4,5,8,9,
10,25;11:1
**Yuryevich (1)**
14:20

**1**

**1028a (1)**
16:1

**1030 (1)**
10:15
**1030a4 (1)**
15:6
**1030a5A (2)**
10:2;14:22
**1030a7C (2)**
10:17;15:14
**1037a2 (2)**
10:19;15:18
**1037a3 (2)**
10:21;15:22
**10th (1)**
16:13
**1343 (2)**
9:21;15:10
**18 (15)**
9:20;10:1,12,14,17,
19,21;14:22;15:1,5,9,
13,17,21,25
**1st (1)**
16:11

**2**

**2 (13)**
9:21;10:2,15,18,20,
22;14:23;15:6,10,14,
18,22;16:1
**2018 (1)**
16:13
**23rd (1)**
16:9
**250,000 (3)**
9:23;10:4;11:4
**250,000- (1)**
10:8
**250,000-dollar (1)**
10:9

**3**

**3:17-cr-83 (1)**
14:17
**3:17-cr-83-RNC-1 (1)**
14:20
**371 (2)**
10:13;15:2

**7**

**7:06 (1)**
3:1
**7:33 (1)**
22:3

**9**

**9 (1)**
16:13