UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 3:17CR83 (RNC) |
| ) | |
| ) | **DEFENDANT'S MOTION** |
| ) | **CONTINUE JURY SELECTION** |
| PETER YURYEVICH LEVASHOV ) | |
| ) | |
| Defendant.  ) | |

Pursuant to Local Rule of Criminal Procedure 1(c), which incorporates Local Rule of Civil Procedure 7(b), the Defendant hereby moves this Court to continue jury selection and trial in this matter from April 10, 2018 to December 3rd, 2018. Additionally, the Defendant moves to extend the deadline for pretrial motion to November 5th, 2018.

In support of this motion the Defendant respectfully submits the following:

1    The Defendant is charged with various computer, fraud, and identity theft crimes, in violation of 18 U.S.C. Sections 371, 1349, 1028(a)(7), 1028A, 1030(a)(2), 1030(c)(2)(B), 1030(a)(4), 1030(c)(3)(A), 1030(a)(5)(A), 1030(c)(4)(B), 1030(a)(7),1030 (c)(3)(A), 1037(a)(1), 1037(a)(2), 1037(a)(3), 1037(b)(1), 1343, 2511, 981 (a)(1), 1037(c) , particularly with  Conspiracy to Commit Fraud & Related Activity in Connection with Computers & with Electronic E-mail; Conspiracy to Commit Wire Fraud; ldentify Theft in Connection with another Federal Violation; Aggravated ldentity Theft; Fraud & Related Activity in Connection with Computers; Fraud and Related Activity in Connection with Electronic Email; Wire Fraud; Illegal Wiretapping; Forfeiture.

2.    Mr. Levashov was arrested in Spain on or about April 7, 2017. At the conclusion of extradition proceedings in Spain, Mr. Levashov was extradited to the United

States. He arrived in the District of Connecticut from Spain on February 2, 2018 and was presented and arraigned in open court before the Honorable Holly B. Fitzsimmons later that evening. Mr. Levashov entered not guilty pleas on all of the charges and was ordered detained without prejudice.

3. On January 5, 2018, Mr. Igor Litvak filed his notice of appearance in this case. Dkt. 15.

4. Currently, all discovery is stayed in this case pursuant to Court's order due to a pending Curcio motion.

5. This a complex cyber case and the Government has indicated that there is extraordinary large amount of discovery.

6. First, the extension of time is necessary so the Defendant's Counsel may thoroughly review the discovery and relevant materials in this matter, determine whether the engagement of expert assistance is necessary, and if so, to allow any potential expert enough time in which to conduct whatever evaluations or reviews may be necessary.

7. Second, the requested continuance is necessary so Counsel may, after reviewing the evidence and consulting with potential experts, effectively communicate with Mr. Levashov regarding the case.

8. Thus, the requested continuance is necessary so that Counsel may effectively represent Mr. Levashov.

9. Mr. Levashov has executed a speedy trial waiver consistent with the requested continuance. See Exhibit 1.

10. This is the Defendant's first motion to continue jury selection.

11. The requested continuance is in the interest of the parties as well as in the interest of justice.

12. The Government does not object to this motion to continue jury selection and trial.

**WHEREFORE**, the Defendant respectfully requests that the Court continue the jury selection date to December 3rd, 2018, adjourn the deadline for pretrial motions to November 5th, 2018 and together with such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
       March 7, 2018

   /s/ Igor Litvak
Igor Litvak, Esq.
CT Bar No. CT30436
The Litvak Law Firm, PLLC
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
Email: Igor@LitvakLawNY.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's system.

                                          /s/ Igor Litvak
                                          Igor Litvak, Esq