Criminal (1/14/2009)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK _____ RPTR/ECRO/TAPE Warner, D.

USPO _____ INTERPRETER _____

TOTAL TIME: _____ hours 22 minutes

DATE: 3/14/18   START TIME: 2:00pm   END TIME: 2:22pm

## COURTROOM MINUTES

☐ IA-INITIAL APPEAR          ☐ BOND HRG             ☐ CHANGE OF PLEA        ☐ IN CAMERA HRG
☐ IA- REVOCATION            ☐ DETENTION HRG        ☐ WAIVER/PLEA HRG       ☐ COMPETENCY HRG
☐ IA- RULE 5                ☐ PROBABLE CAUSE       ☐ EXTRADITION HRG       ☐ FORFEITURE HRG
☐ ARRAIGNMENT               ☐ CONFLICT HRG         ☐ EVIDENTIARY HRG       ☒ STATUS CONF

CRIMINAL NO. 3:17cr83(RNC)       DEFT # 1

**USA**

vs

Peter Yuryevich Levashov

David Huang; Vanessa Richards
AUSA

Igor Litvak; James MacGuire (Independent)
Counsel for Defendant Ret- ☐ CJA- ☒ PDA- ☐

☐ ......Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
☐ ...... Order Appointing Federal Public Defender's Office filed
☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ...... Appearance of _____ filed
☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ...... Plea Agreement Ltr filed ☐ under seal; ☐ Special Assessment of ☐ $100.00 ☐ $50.00 ☐ $25.00 to be paid immediately
☐ ...... Counts _____ of the _____ (indictment, superceding indictment, information, etc.)
            Plea of ☐ not guilty ☐ guilty ☐ nolo contendere
☐ ...... Petition to Enter Guilty Plea filed
☐ ...... Defendant motions due _____ ; Government responses due _____
☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ...... Jury Selection set for _____ at _____
☐ ...... Remaining Count(s) to be dismissed at sentencing
☐ ...... Sentencing set for _____ at _____
☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Order of Detention filed
☐ ...... Deft ordered removed/committed to originating /another District of _____
☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ...... Waiver of Rule 5 Hearing filed
☐ ...... Govt's Motion for waiver of 10-day notice GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ...... Defendant detained
☐ ...... Hearing ☐ waived ☐ set for _____ ☐ continued until _____
☐ ...... Set Attorney Flag ☐ SEE reverse for ☐ conditions of bond ☐ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ...... Deft must report to USPO _____ Times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ...... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ...... Deft must maintain employment or actively seek employment.

☐ ...... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ...... _____

_____

_____

_____

**ADDITIONAL PROCEEDINGS**

☐ ...... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☒ ...... Govt's oral motion to seal 3/14/18 transcript. ☒ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #_____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #_____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #_____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #_____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ...... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ...... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ...... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ...... _____ ☐ filed ☐ granted ☐ denied ☐ advisement