UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         :

V.                               :      CASE NO. 3:17-cr-83-RNC

PETER YURYEVICH LEVASHOV         :


                                ORDER

    Defendant moves to postpone jury selection until December 3, 2018 (ECF No. 64). The Government has no objection to this motion. Defendant has filed a properly executed waiver of his rights under the Speedy Trial Act ("the Act"), 18 U.S.C. §§ 3161, et seq., as to the period of delay from March 5, 2018, until December 3, 2018. For reasons that follow, the motion is granted.

    The Act generally requires that the trial of a defendant commence within seventy days after the filing of the indictment or the date the defendant first appears in court, whichever is later.  18 U.S.C. § 3161(c)(1).  A continuance may be granted if the court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  One relevant factor is whether failure to grant the continuance would deny counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

In support of defendant's motion, counsel notes that all discovery is stayed pending the resolution of a Curcio motion. Counsel states this is a complex cyber case and he will need time to thoroughly review the Government's voluminous discovery and relevant materials; to determine whether the engagement of expert assistance is necessary; and, if so, to allow any potential expert enough time to conduct whatever evaluations or reviews may be necessary.  Counsel will also need time to effectively communicate with the defendant regarding the case.

Crediting the representations of defense counsel, I find that the ends of justice served by the requested continuance outweigh the interest of the public and the defendant in a speedy trial in that failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation.

Accordingly, defendant's motion to continue jury selection (ECF No. 64) is hereby granted.  The period March 5, 2018, through December 3, 2018, will be excluded under the Act.

Jury selection is hereby rescheduled to December 3, 2018, at 9:00 a.m.

So ordered this 12th day of March, 2018.

/s/ RNC
Robert N. Chatigny
United States District Judge