UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 17 CR 83 (RNC) |
| Plaintiff, ) | |
| ) | |
| vs. ) | SUPPORT CERTIFICATION |
| ) | OF MARK J. FOX, ESQ. |
| PETER YURYEVICH LEVASHOV, ) | FOR *PRO HAC VICE* |
| ) | ADMISSION OF |
| ) | VADIM A. GLOZMAN, ESQ. |
| Defendant. ) | |

I, **MARK J. FOX**, of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of Connecticut. I submit this Certification to the Court in support of the application of Vadim A. Glozman for admission to the District of Connecticut *pro hac vice* on behalf of Peter Yuryevich Levashov for the purposes of this pending action before the United States District Court, District of Connecticut.

2. I am a member of good standing in the bars of the State of Connecticut and the United States District court of Connecticut.

3. Mr. Glozman is qualified for *pro hac vice* admission and is in good standing to practice law in other jurisdictions.

4. Mr. Glozman advises he was admitted in 2014 to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois. Mr. Glozman advises that he is currently in good standing in those jurisdictions. He advises that he was also admitted to in the  United States District

Court for the Central District of Illinois and the Eastern District of Missouri in 2017. He was further admitted to practice in United States District Court for the Northern District of Indiana in 2018.

5. It is respectfully requested that this Honorable Court enter the order admitting Vadim A. Glozman, Esq. *pro hac vice* in this matter.

I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 27, 2018  By:  s/ Mark J. Fox, Esq (24552)
New Canaan, CT

125 Elm Street
New Canaan, CT 06846
Telephone: (203) 972-3301
Facsimile: (203) 972-3328
mjfoxlaw@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETER YURYEVICH LEVASHOV, )<br>)<br>)<br>Defendant. ) | No. 17 CR 83 (RNC)<br><br>CERTIFICATION OF<br>VADIM A. GLOZMAN, ESQ.<br>FOR *PRO HAC VICE*<br>ADMISSION |

I, **VADIM A. GLOZMAN**, of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of Illinois and the United States District Court for the Northern District of Illinois and counsel for Peter Yuryevich Levashov in the above-captioned matter. I am fully familiar wit the facts and circumstances surrounding this litigation, and I submit this certification in support of Mr. Levashov's application for my admission *pro hac vice*.

2. I am a January 2014 graduate of the John Marshall Law School. I am thoroughly familiar with the facts at issue and am directly and substantially involved in supervising and overseeing this litigation.

3. I was admitted to the bar of the State of Illinois in 2014. I am admitted to practice before the following Federal Courts: Northern District of Illinois (2014), Central District of Illinois (2017), Eastern District of Missouri (2017), and Northern District of Indiana (2018).

4. I am a member in good standing of the bar of the State of Illinois. I have never been subjected to any discipline by any court of governing body.

5. I am associated in this matter with Mark J. Fox, Esq., an attorney who is authorized to practice law in Connecticut and is a member in good standing of the bar of this Court.

6. I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these regulations I have reviewed the local rules of this Court.

7. I have reviewed and am familiar with the Federal Rules of Criminal Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. For the foregoing reasons, it is respectfully requested that the Court grant Mr. Levashov's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: April 27, 2018  
Chicago, IL

By: s/ Vadim A. Glozman

53 W. Jackson Blvd., Ste. 1410  
Chicago, IL 60604  
Telephone: (847) 477-5101  
Facsimile: (312) 276-8040  
vglozman2@gmail.com

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 17 CR 83 (RNC) |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PETER YURYEVICH LEVASHOV, ) | |
| ) | |
| Defendant. ) | |

ORDER

IT IS HEREBY ORDERED that, in for the above-captioned matter, Applicant Vadim A. Glozman's Application for *Pro Hac Vice* Admission in the United States District Court for the District of Connecticut is hereby:

____ Granted        ____ Denied

ENTERED:

Dated: _____, 2018

_____
Signed

Prepared by:   Vadim A. Glozman
53 West Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
(312) 726-9015
vglozman2@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 17 CR 83 (RNC) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATION OF |
| | ) | SERVICE |
| PETER YURYEVICH LEVASHOV, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

I, **MARK J. FOX**, hereby certify as follows:

1. I am an attorney-at-law of the State of Connecticut. On April 27, 2018, I caused to be served via email and regular mail a copy of the following documents on the Court and counsel for the Plaintiff:

- Supporting Certification of Mark J. Fox, Esq. for Pro Hac Vice Admission of Vadim A. Glozman, Esq.;
- Certification of Vadim A. Glozman, Esq. in Support of Application for *Pro Hac Vice* Admission;
- Proposed Order Granting *Pro Hac Vice* Application; and,
- Certification of Service.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 27, 2018  
       New Canaan, CT

By:   s/ Mark J. Fox, Esq (24552)

125 Elm Street  
New Canaan, CT 06846  
Telephone: (203) 972-3301  
Facsimile: (203) 972-3328  
mjfoxlaw@aol.com