UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 17 CR 83 (RNC) |
| Plaintiff, ) | |
| ) | AMENDED |
| vs. ) | CERTIFICATION OF |
| ) | VADIM A. GLOZMAN, ESQ. |
| PETER YURYEVICH LEVASHOV, ) | FOR *PRO HAC VICE* |
| ) | ADMISSION |
| ) | |
| Defendant. ) | |

I, **VADIM A. GLOZMAN**, of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of Illinois and the United States District Court for the Northern District of Illinois and counsel for Peter Yuryevich Levashov in the above-captioned matter. I am fully familiar wit the facts and circumstances surrounding this litigation, and I submit this certification in support of Mr. Levashov's application for my admission *pro hac vice*.

2. I am a January 2014 graduate of the John Marshall Law School. I am thoroughly familiar with the facts at issue and am directly and substantially involved in supervising and overseeing this litigation.

3. I was admitted to the bar of the State of Illinois in 2014 (Member Number 6315389). I am admitted to practice before the following Federal Courts: Northern District of Illinois (2014) (Member Number 6315389), Central District of Illinois (2017) (No Member Number Assigned), Eastern District of Missouri (2017)

(Member Number 6315389IL), and Northern District of Indiana (2018) (No Member Number Assigned).

4. I am a member in good standing of the bar of the State of Illinois. I have never been subjected to any discipline by any court of governing body.

5. I am associated in this matter with Mark J. Fox, Esq., an attorney who is authorized to practice law in Connecticut and is a member in good standing of the bar of this Court. I am hereby designating Mr. Fox as my agent for service of process and the District of Connecticut as the forum for the resolution of nay dispute arising out of said attorney's admission under Local Rule 83.1(d).

6. I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these regulations I have reviewed the local rules of this Court.

7. I have reviewed and am familiar with the Federal Rules of Criminal Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. For the foregoing reasons, it is respectfully requested that the Court grant Mr. Levashov's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: May 4, 2018　　　　　　　　By:　 s/ Vadim A. Glozman
Chicago, IL

　　　　　　　　　　　　　　　　　　　　53 W. Jackson Blvd., Ste. 1410
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　　　Telephone: (847) 477-5101
　　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 276-8040
　　　　　　　　　　　　　　　　　　　　vglozman2@gmail.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Vadim A. Glozman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/01/2014 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto