Criminal

HONORABLE: _____
DEPUTY CLERK _____ RPTR/ECRO/TAPE _____
USPO _____ INTERPRETER _____
TOTAL TIME: ____ hours ____ minutes
DATE: _____ START TIME: _____ END TIME: _____

**COURTROOM MINUTES**

☐ IA-INITIAL APPEAR ☐ BOND HRG ☐ CHANGE OF PLEA ☐ IN CAMERA HRG
☐ IA- REVOCATION ☐ DETENTION HRG ☐ WAIVER/PLEA HRG ☐ COMPETENCY HRG
☐ IA- RULE 5 ☐ PROBABLE CAUSE ☐ EXTRADITION HRG ☐ FORFEITURE HRG
☐ ARRAIGNMENT ☐ CONFLICT HRG ☐ EVIDENTIARY HRG ☐ STATUS CONF

CRIMINAL NO. _____ DEFT # _____
_____
AUSA

**USA**
vs

_____
Counsel for Defendant Ret-   CJA-   PDA-

_____

☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
☐ ...... Order Appointing Federal Public Defender's Office filed
☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ...... Appearance of _____ filed
☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ...... Plea Agreement Ltr filed ☐ under seal; ☐ Special Assessment of ☐ $100.00 ☐ $50.00 ☐ $25.00 to be paid immediately
☐ ...... Counts _____ of the _____ (indictment, superceding indictment, information, etc.)
    Plea of ☐ not guilty ☐ guilty ☐ nolo contendere
☐ ...... Petition to Enter Guilty Plea filed
☐ ...... Defendant motions due _____ ; Government responses due _____
☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ...... Jury Selection set for _____ at _____
☐ ...... Remaining Count(s) to be dismissed at sentencing
☐ ...... Sentencing set for _____ at _____
☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Order of Detention filed
☐ ...... Deft ordered removed/committed to originating /another District of _____
☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ...... Waiver of Rule 5 Hearing filed
☐ ...... Govt's Motion for waiver of 10-day notice GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ...... Defendant detained
☐ ...... Hearing ☐ waived ☐ set for _____ ☐ continued until _____
☐ ...... Set Attorney Flag ☐ SEE reverse for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ….. Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ….. Deft must reside at _____

☐ ….. Deft must report to USPO _____ Times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ….. Deft must refrain from the possession of firearms or dangerous weapons.

☐ ….. Deft must maintain employment or actively seek employment.

☐ ….. Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ….. _____

## ADDITIONAL PROCEEDINGS

| | | |
|---|---|---|
| ☐ ….. Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ …… Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ……. Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ……. Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ….. Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ….. Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ….. Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ….. Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ….. # ____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ….. # ____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ….. # ____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ….. # ____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ….. _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ….. _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ….. _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ….. _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ….. _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |