UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:17-cr-83 (RNC) |
| PETER LEVASHOV | : | June 6, 2018 |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure and Rule 1(C) of the Local Rules of Criminal Procedure, the undersigned moves for leave to withdraw all appearances by the Federal Defender Office in the above case.

The defendant, Peter Levashov, first appeared in the District of Connecticut on February 2, 2018. At the time of his initial appearance Mr. Levashov was represented by Attorney Igor Litvak, who had entered an appearance on January 5, 2018. At the time of the initial appearance, the Court (Fitzsimmons, MJ) appointed Assistant Federal Defender Kelly Barrett to serve as independent counsel to represent Mr. Levashov pending an anticipated Curcio hearing. On February 12, 2018, undersigned counsel entered an additional appearance for purposes of representing Mr. Levashov in the context of Curcio proceedings.

Following a series of hearings and motion practice concerning the Curcio issue, on April 6, 2018, the Court (Chatigny, J.) ordered Attorney Litvak's representation of Mr. Levashov terminated. On May 17, 2018, substitute retained counsel, Vadim Glozman, appeared on behalf of Mr. Levashov.

1

In light of the limited nature of the Federal Defender Office's appointment to represent Mr. Levashov until the conclusion of Curcio proceedings and the appearance of Attorney Glozman on May 17, 2018, the undersigned respectfully requests that all appearances of the Federal Defender Office be withdrawn in this matter.

A copy of this motion has been provided to Mr. Levashov via US Mail.

Respectfully submitted,

OFFICE OF THE FEDERAL DEFENDER

Dated: June 6, 2018

/s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: James_Maguire@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James P. Maguire
James P. Maguire