Criminal Std  (6/13/2012)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK _____   RPTR/ECRO/TAPE: D. Warner

USPO _____   INTERPRETER _____

TOTAL TIME: _____ hours 7 minutes

DATE: Sep 4, 2018   START TIME: 2:01 p.m.   END TIME: 2:08 p.m.

## COURTROOM MINUTES

- [ ] IA-INITIAL APPEAR [ ]
- [ ] IA- RULE 5
- [ ] ARRAIGNMENT
- [ ] CONFLICT HRG
- [ ] BOND HRG
- [ ] DETENTION HRG
- [ ] PROBABLE CAUSE
- [ ] EVIDENTIARY HRG
- [ ] CHANGE OF PLEA
- [ ] WAIVER/PLEA HRG
- [ ] EXTRADITION HRG
- [x] STATUS CONF
- [ ] IN CAMERA HRG
- [ ] COMPETENCY HRG
- [ ] FORFEITURE
- [ ] MOTION HRG

CRIMINAL NO. 3:17-cr-00083-RNC   DEFT # ___ 1

**UNITED STATES OF AMERICA**

vs

Peter Yuryevich Levashov

David Tien-Wei Huang, Vanessa Richards

, AUSA

Vadim A. Glozman

Counsel for Defendant Ret [x] CJA [ ] PDA [ ]

- [ ] ......Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [ ] ...... [ ] Arrest Date (CT Case): _____ [ ] Case unsealed or [ ] Rule 5 arrest, _____ Dist of _____
- [ ] ..... CJA 23 Financial Affidavit filed [ ] under seal
- [ ] ..... Order Appointing Federal Public Defender's Office filed
- [ ] ..... Court appoints Attorney_____ to represent defendant for [ ] this proceeding only [ ] all proceedings
- [ ] ...... Appearance of _____ filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ..... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [ ] ......Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s)_____ of the _____ (indict, superseding indict, info)
- [ ] ..... Petition to Enter Guilty Plea filed
- [ ] ..... Defendant motions due _____ ; Government responses due _____
- [ ] ..... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] ......Hearing on Pending Motions scheduled for _____ at _____
- [ ] ..... Jury Selection set for _____ at _____
- [ ] ..... Remaining Count(s) to be dismissed at sentencing
- [ ] ..... Sentencing set for _____ at _____ [ ] Probation 246B Order for PSI & Report
- [ ] ..... Special Assessment of $_____ on count(s)_____. Total $ _____ [ ] Due immediately [ ] Pay at sentencing
- [ ] ..... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ..... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ..... Order of Detention filed
- [ ] ..... Deft ordered removed/committed to originating /another District of _____
- [ ] ..... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ..... Waiver of Rule 5 Hearing filed
- [ ] ..... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ..... Bond [ ] set at $_____ [ ] reduced to $_____ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ..... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] ..... Defendant detained
- [ ] ...... _____Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] ..... Set Attorney Flag and notify Federal Grievance Clerk

[ ] SEE page II for [ ] conditions of bond [ ] additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
        upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed
        and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐month ☐ by telephone☐ in person☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ .......Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____

        _____

        _____

        _____

**ADDITIONAL PROCEEDINGS**

☐ ...... Deft's oral motion _____    ☐granted ☐denied ☐advisement
☐ ......Deft's oral motion _____    ☐granted ☐denied ☐ advisement
☐ .......Deft's oral motion _____    ☐granted ☐denied ☐ advisement
☐ .......Deft's oral motion _____    ☐granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____    ☐granted ☐ denied ☐advisement
☐ ..... Govt's oral motion _____    ☐granted ☐denied ☐advisement
☐ ..... Govt's oral motion _____    ☐granted ☐ denied ☐advisement
☐ ..... Govt's oral motion _____    ☐granted ☐ denied ☐advisement
☐ ..... #____ Deft _____ Motion _____    ☐granted ☐ denied ☐ advisement
☐ ..... #____ Deft _____ Motion _____    ☐granted ☐denied ☐ advisement
☐ ..... #____ Govt Motion _____    ☐granted ☐denied ☐ advisement
☐ ..... #____ Govt Motion _____    ☐granted ☐denied ☐ advisement
☐ ......_____    ☐filed ☐granted ☐denied ☐ advisement
☐ ......_____    ☐ filed ☐granted ☐ denied ☐advisement
☐ ......_____    ☐ filed ☐granted ☐denied ☐advisement
☐ ......_____    ☐filed ☐granted ☐denied ☐advisement
☐ ......_____    ☐ filed ☐ granted ☐denied ☐ advisement

Notes:

Telephone status conference held.