AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17CR00083(RNC) |
| Peter Yuryevich Levashov | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                           .

Date:   07/22/2020

*Attorney's signature*

AUSA Edward Chang (ct26472)
*Printed name and bar number*

United States Attorneys Office - New Haven
157 Church Street
Floor 25
New Haven, CT 06510
*Address*

Edward.Chang@usdoj.gov
*E-mail address*

(203) 821-3700
*Telephone number*

(203) 773-5376
*FAX number*