UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 17 CR 83 (RNC) |
| Plaintiff, ) | |
| ) | December 22, 2020 |
| vs. ) | |
| ) | |
| PETER YURYEVICH LEVASHOV, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS UNOPPOSED MOTION TO CONTINUE SENTENCING**

Now comes the defendant, Peter Yuryevich Levashov, by and through his undersigned attorney, and respectfully requests this Honorable Court to continue his sentencing to Thursday, April 1, 2021 or Friday, April 2, 2021.  In support, the following is offered:

1. Mr. Levashov's sentencing is currently set for January 26, 2021.  The Presentence Investigation Report has been completed in this matter and filed with the Court on December 8, 2020.  R. 130.

2. The stay-at-home orders and other COVID-19 related limitations are preventing the undersigned the undersigned sufficiently preparing for the sentencing hearing as it has been impossible meet with Mr. Levashov to go over the nuances of his case as they relate to sentencing and to meet with the Assistant United States Attorneys to iron out some last-minute outstanding discovery issues. These limitations are not expected to be lifted in the next several weeks that would allow for sufficient preparation for the complex sentencing in this matter.

3. Furthermore, with the possibility of an extended term of imprisonment pending looming over Mr. Levashav, the unpredictable spread of COVID-19 through the Bureau of Prisons, and the well-document lack of resources many of the facilities have been faced with, it would be prudent for Mr. Levashov to remain in his present accommodation, as to this point he has been able to avoid infection.

4. Based on the uncertainty of the COVID-19 pandemic and the undersigned's trial schedule, it is respectfully requested that Mr. Levashov's sentencing be rescheduled to Thursday, April 1, 2021 or Friday, April 2, 2021. This would allow for sufficient time to conclude all pending issues relate to sentencing and – hopefully – allow time for the COVID-19 pandemic to subside to a manageable level.

5. The undersigned is scheduled to begin a jury trial on March 15, 2021 in the matter of *United States v. Lisa Holfschultz*, 18-CR-145 (E.D.Wi.) which is expected to last up to two weeks. If it would not inconvenience this Honorable Court's schedule, the undersigned would request that the sentencing be scheduled for either Thursday, April 1, 2021 or Friday, April 2, 2021as to sufficiently prepare for and, hopefully, conduct the aforementioned jury trial. In the abundance of cause, the undersigned wants to inform this Court that he is also scheduled to start another jury trial on March 22, 2021 in the matter of *United States v. Oscar Dillon III*, 15-CR-404 (E.D.Mo.) which is expected to last approximately a week-and-a-half. That trial currently overlaps with the *Hofschultz* trial, and at this point it is not certain how the scheduling conflict will be resolved.

6.  The undersigned has spoken to Assistant United States Attorney Edward Chang who indicated he has no objection to the instant request to continue Mr. Levashov's sentencing to the week of March 29, 2021.

7.  Mr. Levashov also request that if this Honorable Court grant the instant motion to continue the sentencing hearing, that the deadlines to file objections to the PSI and sentencing memorandums be extended accordingly.

Wherefore, for the reasons stated above, the defendant, Peter Yuryevich Levashov, respectfully requests that this Honorable Court continue his sentencing hearing to either Thursday, April 1, 2021 or Friday, April 2, 2021.

Respectfully submitted,

s/ Vadim A. Glozman

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Ste. 1410
Chicago, IL 60604
Telephone: (847) 477-5101
Facsimile:  (312) 276-8040
vg@glozmanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2020 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: all Attorneys of record.

                                                        /s/   *Vadim A. Glozman*