UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | Case No. 3:17CR83 (RNC) |
|---|---|
| v. | |
| PETER LEVASHOV | January 29, 2021 |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned, Assistant United States Attorney David T. Huang, moves to withdraw his appearance in this matter.

On July 22, 2020, Assistant United States Attorney Edward Chang filed his appearance on behalf of the government.   Accordingly, Assistant United States Attorney David T. Huang should be removed as government counsel.

WHEREFORE, it is requested that this motion be granted.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

 /s/
DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct30434
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
TEL. 203-821-3700

1

**CERTIFICATION**

      I hereby certify that on January 29, 2021, a copy of the MOTION TO WITHDRAW AS ATTORNEY was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

                                                                                                   /s/_____
                                                                   DAVID T. HUANG
                                                                   ASSISTANT UNITED STATES ATTORNEY