UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 17 CR 83 (RNC) |
| Plaintiff, ) | |
| ) | March 12, 2021 |
| vs. ) | |
| ) | |
| PETER YURYEVICH LEVASHOV, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS UNOPPOSED MOTION TO CONTINUE SENTENCING**

Now comes the defendant, Peter Yuryevich Levashov, by and through his undersigned attorney, and respectfully requests this Honorable Court to continue his sentencing to the last week of June 2021. In support, the following is offered:

1. Mr. Levashov's sentencing is currently set for April 5, 2021. The Presentence Investigation Report has been completed in this matter and filed with the Court on December 8, 2020. R. 130. Objections to the Presentence Investigation Report were submitted by the undersigned on March 3, 2021.

2. The undersigned is starting a two-week jury trial March 22, 2021 in the matter of *United States v. Oscar Dillon III*, 15-CR-404 (E.D.Mo.). Mr. Levashov's sentencing memorandum is due the same day. Additionally, because of the unpredictability of jury trial, here is a chance that the trial would extend into the week of April 5, 2021 which would prevent the undersigned from conducting the sentencing as hearing. The undersigned advised this Court of this potential conflict in the previously filed Motion to Continue Sentencing.

3. Because this is the one of the first, if not the first jury trial post-pandemic, regardless of when the trial is over, there is a possibility the undersigned will have to quarantine for the necessary 10 to 14 days following the conclusion of the trial (since the trial is out of state for the undersigned). Travel would then be prohibited to Connecticut.

4. Furthermore, with the possibility of an extended term of imprisonment pending looming over Mr. Levashav, the unpredictable spread of COVID-19 through the Bureau of Prisons, and the well-document lack of resources many of the facilities have been faced with, it would be prudent for Mr. Levashov to remain in his present accommodation, as to this point, he has been able to avoid infection.

5. Based on the uncertainty of the COVID-19 pandemic and the undersigned's trial schedule, it is respectfully requested that Mr. Levashov's sentencing be rescheduled to the last week of June 2021. This would allow for sufficient time to conclude all pending issues relate to sentencing and – hopefully – allow time for the COVID-19 pandemic to subside to a manageable level.

6. The undersigned has spoken to Assistant United States Attorney Edward Chang who indicated he has no objection to the instant request to continue Mr. Levashov's sentencing to the last week of June 2021.

7. Mr. Levashov also request that if this Honorable Court grant the instant motion to continue the sentencing hearing, that the deadlines to sentencing memorandums be extended accordingly.

Wherefore, for the reasons stated above, the defendant, Peter Yuryevich Levashov, respectfully requests that this Honorable Court continue his sentencing hearing to the last week of June 2021.

Respectfully submitted,

s/ Vadim A. Glozman

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Ste. 1410
Chicago, IL 60604
Telephone: (847) 477-5101
Facsimile:  (312) 276-8040
vg@glozmanlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2021 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: all Attorneys of record.

                                               /s/   *Vadim A. Glozman*