UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:17-CR-83 (RNC) |
| | : | |
| v. | : | |
| | : | |
| PETER YURYEVICH LEVASHOV | : | JUNE 12, 2021 |
| | : | |

## MOTION TO CONTINUE SENTENCING

The United States of America respectfully moves to continue the sentencing of defendant Peter Yuryevich Levashov currently scheduled for June 28, 2021 at 10:00 a.m. to July 20, 2021 at 2:00 p.m. The Presentence Investigation Report has been completed in this matter and was filed with the Court on March 15, 2021. R. 141.

Counsel for Mr. Levashov has no objection to a continuance to July 20, 2021 at 2:00 p.m. If the Court is not available on that date, the parties will confer and propose additional dates.

Respectfully submitted, in Hartford, Connecticut on this 12th day of June 2021.

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

/s/ Edward Chang
Edward Chang
Assistant U.S. Attorney
Federal Bar No. ct26472
157 Church Street, 25th Floor
New Haven, Connecticut 06510
Tel: (203) 821-3700
Edward.Chang@usdoj.gov

## **CERTIFICATION OF SERVICE**

This is to certify that on June 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Edward Chang*
Edward Chang
Assistant U.S. Attorney