UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 3:17 Cr. 83 (RNC) |
| -- v. -- | : |
| | : |
| PETER YURYEVICH LEVASHOV, | : |
|    a/k/a "Petr Levashov," | : |
|    a/k/a "Peter Severa," | : |
|    a/k/a "Petr Severa," | : July 20, 2021 |
|    a/k/a "Sergey Astakhov," | : |
| | : |
|                  Defendant. | : |

## **MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

Pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure and the plea agreement between the United States of America and the defendant Peter Yuryevich Levashov ("Defendant"), the United States of America requests that this Court enter the attached Preliminary Order of Forfeiture, forfeiting to the United States the following:

> The contents of a WebMoney account associated with WebMoney Identifier ending in 4986; One (1) green with black-colored microchips solid state drive, marked Samsung on one side and grey and black plastic on the other side, removed from a black Sony laptop; One (1) black 128GB Transcend SDXC memory card removed from a black Sony laptop; One (1) black Sony Experia tablet with cracked display and cracked back; One (1) red 8GB SD Ultra Card memory card bearing serial number 4I060L2TC0W0; One (1) black and silver Apple watch bearing serial number FHLPKUTXG9J8; One (1) silver Apple iPhone bearing IMEI number 356951064aa2936; One (1) black Dell computer mouse bearing serial number G16004B9; One (1) white WiFi 4G device; and One (1) black 16GB Sony thumb drive with the marking "USM16W" on its face;

1

and which orders the Attorney General of the United States or his Authorized Designee to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s/ Edward Chang*

EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct26472
157 Church Street, 25th Floor
New Haven, CT 06510
T: (203)821-3826 E: Edward.Chang@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 20, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

<em>Edward Chang</em><br>
EDWARD CHANG