UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17CR83 (RNC) |
| | : | |
| v. | : | |
| | : | |
| PETER YURYEVICH LEVASHOV, aka | : | August 18, 2021 |
| "Petr Levashov," "Peter Severa," | : | |
| "Petr Severa," and "Sergey Astakhov" | : | |

### DEFENDANT'S MOTION FOR ORDER TO RETURN PASSPORT

Now comes the defendant Peter Levashov, by and through his counsel Vadim A. Glozman, and respectfully request that the Court enter an Order directing the Deferred Inspection Unit at JFK International Airport to return Mr. Levashov's passport to the custody of the undersigned.

In support of this motion, Mr. Levashov articulates the following:

1.      Mr. Levashov was extradited to the United States in February 2018.  From Spain, he was flown into JFK International Airport where his Passport was taken from him.

2.      Since Mr. Levashov's sentencing on July 20, 2021, the undersigned has learned that Mr. Levashov's passport is in the custody of the Deferred Inspection Unit, JFK International Airport, Terminal 5, Jamaica, New York 11430.   Based on the undersigned's understanding, he cannot obtain the passport from them absent a Court order.

3.      There is nothing in Mr. Levashov's sentencing order that precludes the return of his passport.

4.      A proposed order is attached to the instant motion.

For the reasons stated above, the defendant Peter Levashov respectfully request that the Court grant the INSTANT motion to modify bond and modify Mr. Levashov bond conditions to

1

no longer require him to be subject to electronic monitoring and enter an Order directing the

Deferred Inspection Unit at JFK International Airport to return Mr. Levashov's passport to the

custody of the undersigned.

    Respectfully submitted,

VADIM A. GLOZMAN
Counsel for defendant Peter Levashov

_____/s/  Vadim A. Glozman_____
VADIM A. GLOZMAN LTD.
Federal Bar No. phv09577
53 W. Jackson Blvd. Suite 1410
Chicago, Illinois 60604
Tel: (847) 477-5101