UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:17CR83 (RNC) |
| v. | |
| PETER YURYEVICH LEVASHOV, aka "Petr Levashov," "Peter Severa," "Petr Severa," and "Sergey Astakhov" | August 18, 2021 |

## ORDER

It is hereby ordered that the Deferred Inspection Unit at the John F. Kennedy International Airport, Terminal 5, Jamaica, New York return Peter Levashov's (D.O.B. 9/13/1980) passport to the custody of his attorney, Vadim A. Glozman, at the following address:

> Vadim A. Glozman
> Law Offices of Vadim A. Glozman
> 53 W. Jackson Blvd. Suite 1410
> Chicago, Illinois 60604

_____     9/7/21
Hon. Robert N. Chatigny                Date