UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17-CR-0083(RNC) |
| | : | |
| v. | : | |
| | : | |
| PETER YURYEVICH LEVASHOV | : | January 24, 2022 |

<u>MOTION FOR FINAL ORDER OF FORFEITURE</u>

On August 3, 2021, this Court entered a Preliminary Order of Forfeiture in this case authorizing the Attorney General of the United States or his authorized designee to seize certain property subject to forfeiture and ordering further proceedings pursuant to 21 U.S.C. § 853(n) concerning third party interests.  The United States represents that pursuant to 21 U.S.C. § 853(n)(1), publication was completed on the Government's forfeiture website on the Internet, http://www.forfeiture.gov, as detailed in the attached Notice of Forfeiture and Advertisement Certification Report.

This Court further ordered that, upon adjudication of all third party interests pursuant to 21 U.S.C. § 853(n), this Court would enter a Final Order of Forfeiture.  The United States represents that no such third party claims were filed.

THIS SPACE INTENTIONALLY LEFT BLANK

Accordingly, pursuant to 21 U.S.C. § 853, the United States moves for entry of a Final

Order of Forfeiture as to the above-named Defendant's right, title and interest to the assets more

fully described in the attached Proposed Final Order of Forfeiture.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

/s/ Edward Chang
EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct26472
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
PHONE NO. (203) 821-3700

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Edward Chang
EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY